```
                                                              FILED

                                                         2003 OCT 23  P 12: 12
```

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, ET AL *Plaintiffs* | : : | CIVIL ACTION NO. 3:02CV1637 (JCH) |
| V. | : | |
| VALERIE LEWIS, ET AL, *Defendants* | : | OCTOBER 22, 2003 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to Fed. R. Civ. P. 9(b), the defendants hereby respectfully request an extension, of time, nunc pro tunc, until October 31, 2003 to respond to the plaintiffs' twenty count amended complaint. The extension is requested to provide the defendants with sufficient time in which to review the substance of the amended complaint and to prepare an appropriate response.

This is the defendants' first request for additional time to answer the amended complaint. Plaintiff Galen Institute's and Sandra Lattanzio's counsel has advised that neither he nor the pro se plaintiff objects to this motion.

DEFENDANTS

BY: RICHARD BLUMENTHAL
ATTORNEY GENERAL


_____
Thomas M. Fiorentino
Assistant Attorney General
Federal Bar No. ct 09031
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120
**Telephone: (860) 808-5210**
**Facsimile: (860) 808-5385**
E-mail: Thomas.Fiorentino@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of this motion was mailed this 22nd of October, 2003, first class postage prepaid, to:

James Lattanzio
c/o Galen Institute
1025 Silas Dean Highway
Wethersfield, CT 06109

Thomas A. Amato
Attorney at Law
357 East Center St.
Manchester, CT 06040.

_____
Thomas M. Fiorentino