FILED

2003 OCT 23 P 12: 12

US DISTRICT
BRIDGEPORT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, ET AL<br>*Plaintiffs* | : | CIVIL ACTION NO. 3:02CV1637 (JCH) |
| V. | : | |
| VALERIE LEWIS, ET AL,<br>*Defendants* | : | OCTOBER 22, 2003 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Pursuant to Fed. R. Civ. P. 9(b), the defendants hereby respectfully request an extension, of time, nunc pro tunc, until October 31, 2003 to respond to the plaintiffs' twenty count amended complaint. The extension is requested to provide the defendants with sufficient time in which to review the substance of the amended complaint and to prepare an appropriate response.

This is the defendants' first request for additional time to answer the amended complaint. Plaintiff Galen Institute's and Sandra Lattanzio's counsel has advised that neither he nor the pro se plaintiff objects to this motion.

MOTION GRANTED
SO ORDERED
Janet C. Hall, U.S.D.J. 10/26/03