2/4/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

STATUS CONFERENCE HELD
Date: 2/11/04

FEBRUARY 11, 2004

12:00 p.m.

CASE NO. 3-02-cv-1637 (JCH)   Lattanzio, et al v. Higher Education, et al

Thomas A. Amato
357 East Center St.
Manchester, CT 06040

Thomas M. Fiorentino
Attorney General's Office
55 Elm St.
P.O. Box 120
Hartford, CT 06101-0120

James Lattanzio
Sandra Lattanzio
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone chambers at (203) 579-5554.