UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC., ET AL | : | |
|     Plaintiffs | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3-02-cv-1637 (JCH) |
| | : | |
| VALERIE LEWIS | : | |
|     Defendants | : | MARCH 2, 2004 |

## REVISED JOINT REPORT OF PARTIES'
## PLANNING MEETING ENDORSEMENT [DKT. NO. 44]

| | | | |
|---|---|---|---|
| Report Approved: | | Pltf.(s) Expert Disclosure Due: | 6/30/04 |
| Report Approved in Part: | X | Pltf.(s) Expert Deposition(s) Completed By: | 8/15/04 |
| (Fact) Discovery Cutoff Date: | 8/31/04 9/30/04 | Def.(s) Expert Disclosure Due: | 8/31/04 |
| Dispositive Motions Due: | 10/29/04 | Def.(s) Expert Deposition(s) Completed By: | 9/30/04 |
| Damage Analysis Due: | 9/1/04 | Electronic Filing of Entire Case: Yes/No | No |

Rule 16 Conference:   6/14/04 @ 4:00 p.m.
(A separate Order regarding Rule 16 Conference to follow.)

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 2nd day of March, 2004.


                                   /s/ Janet C. Hall
                                   Janet C. Hall
                                   United States District Judge