FILED

2004 JUN 14 A 10: 11

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC ET AL. | : | DOCKET NO. 3:02CV-1637(JCH) |
| v. | : | |
| VALERIE LEWIS ET AL. | : | JUNE 11, 2004 |

## JOINT STATUS REPORT

The plaintiffs Galen Institute, LLC and Sandra J. Lattanzio in the above-entitled action hereby report, pursuant to F.R.C.P. 16, the following:

1. The above-entitled action is a civil action for monetary damages arising out of acts perpetrated, directly and vicariously, by the three defendants acting in their individual capacities regarding the continuing administrative oversight by said defendants of the plaintiff Galen Institute, LLC. This action places in issue some of the same facts as are in issue in a civil action entitled Galen Institute, LLC et al. v. COMTA et al., bearing docket number 3:02CV1232 (PCD) and pending in the New Haven venue of the United States District Court for the District of Connecticut.

2. Nearly all issues of fact relating to liability and damages are disputed. All issues of law appear to be disputed.

3. (a) The plaintiffs have taken the depositions of the defendants Jonas Zdanys and Valerie Lewis. The plaintiffs probably will seek to take the deposition of the defendant Brenda Lerner within the next two months. (b) The defendants have taken the deposition of L. Carole Woodbury, a non-party witness. The defendants will take the depositions of Elliot Pollack, a non-party witness, and James J. Lattanzio, Jr. and Sandra J. Lattanzio, parties, within the next one to two months. (c) The plaintiffs anticipate currently that no more than the aforementioned discovery will be conducted.

4. The plaintiffs do not anticipate filing a dispositive motion. The plaintiffs are unaware of whether the defendants will file such a motion.

5. The plaintiffs do not anticipate that they will file any additional pleadings. The plaintiffs are unaware of whether, but doubt that, the defendants will file any such pleadings.

6.  Pursuant to the February 10, 2004 revised joint Rule 26(f) report, the parties have reported the trial date as December 13, 2004.  The plaintiffs estimate a trial length of four to five days.

7.  The plaintiffs can perceive of no other significant additional required preparation.

8.  The plaintiffs can perceive of no other significant steps that the court can perform to facilitate the progress of this action.

9.  The plaintiffs believe that a settlement conference or assignment to a special master would serve little use.  The plaintiffs can perceive of no additional discovery or motion practice that would facilitate settlement discussions.

10. The parties have discussed settlement in prior occasions and have been unable to reach an accord.

11. The plaintiffs would exercise no objection to the referral of this action to a Magistrate Judge for trial thereof.

Plaintiffs Galen Institute, LLC
and Sandra J. Lattanzio

By _____
Thomas A. Amato
357 East Center Street
Manchester, CT 06040
Telephone (860) 643-0318
Federal bar number ct 14221
Their Attorney

This is to certify that a copy of the foregoing Report was mailed to all counsel and pro se parties of record on June 11, 2004, particularly:

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109


Thomas M. Fiorentino
Office of the Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Thomas A. Amato