UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, ET AL | : | CIVIL ACTION NO. |
| *Plaintiffs,* | : | 3:02CV1637(JCH) |
| | : | |
| v. | : | |
| | : | |
| VALERIE LEWIS, ET AL | : | |
| *Defendants* | : | JUNE 15, 2004 |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT.

The undersigned hereby respectfully requests to withdraw the appearance of Assistant Attorney General Thomas M. Fiorentino on this action filed on behalf of the Department of Mental Retardation.  A.A.G. Thomas M. Fiorentino no longer has any involvement in this matter, as he has recently transferred to the Charities Unit of The Office of the Attorney General, and Assistant Attorney General M.J. McCarthy has replaced him.  There is no further need for the court or parties to continue to serve the Thomas M. Fiorentino with pleadings or documents.

**ORAL ARGUMENT IS NOT REQUESTED**
**TESTIMONY IS NOT REQUIRED**

                                      Respectfully Submitted,


By: _____
     Thomas M. Fiorentino
     Assistant Attorney General
     Juris No. ct09031
     55 Elm Street
     P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5020
     Fax:  (860) 808-5347
     thomas.fiorentino@po.state.ct.us

**CERTIFICATION**

      I hereby certify that a copy of the foregoing Withdrawal of Appearances was mailed, first class postage prepaid, this 15th day of June, 2004, to the following:

Thomas A. Amato, Esq.
357 East Center Street
Manchester, CT   06040

James Lattanzio
c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

M.J. McCarthy
Assistant Attorney General
55 Elm Street, PO Box 120
Hartford, CT 06141-0120

 

_____
Thomas M. Fiorentino
Assistant Attorney General