UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, ET AL. | : | CIVIL ACTION NO. |
| *Plaintiffs*, | : | 3:02 CV1637 (JCH) |
| | : | |
| v. | : | |
| | : | |
| VALERIE LEWIS, ET AL. | : | |
| *Defendants* | : | June 15, 2004 |

## **APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants, in lieu of Thomas M. Fiorentino, Federal Bar No. ct09031, in the above-captioned case.

Dated at Hartford, Connecticut, this 15th day of June, 2004.

                                                DEFENDANTS

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY: _____
        M.J. McCarthy
        Assistant Attorney General
        Federal Bar No. ct00319
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        MJ.McCarthy@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of June, 2004 to:

James Lattanzio
c/o Galen Institute
1025 Silas Dean Highway
Wethersfield, CT 06109

Sandra Lattanzio
c/o Galen Institute
1025 Silas Dean Highway
Wethersfield, CT 06109

Thomas A. Amato
Attorney at Law
357 East Center Street
Manchester, CT 06040

Linsley J. Barbato
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

_____
M.J. McCarthy
Assistant Attorney General