UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, ET AL, | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:02 CV-1637(JCH) |
| | : | |
| v. | : | |
| | : | |
| VALERIE LEWIS, ET AL | | |
| *Defendants* | : | JUNE 24, 2004 |

## RULE 16 JOINT STATUS REPORT

The parties herewith make the following disclosures pursuant to FRCP 16 Status Report:

**1.** The Plaintiffs brought this complaint to redress injuries allegedly suffered as a direct result of the Defendants' violation of the Plaintiffs' civil rights as defined in 42 U.S.C. § 1983 and as a result of claimed abuses of the defendants arbitrarily and capriciously imposed statutory and regulatory licensing requirement upon them and their business and that said requirements constituted selective prosecution and deprivation of their civil rights.

This action places in issue some of the same facts as are in issue in a civil action entitled Galen Institute, LLC *et al*. v, COMTA *et al*., bearing the docket number 3:02CV1232 (PCD) and pending in the New Haven venue of the United States District Court for the District of Connecticut.

**2.** Nearly all issues of fact relating to liability and damages are disputed. All issues of law appear to be disputed.

**3.    Discovery**

A.  The plaintiffs have taken the depositions of the defendants Jonas Zdanys and Valerie Lewis.  The Plaintiffs probably will seek to take the deposition of the defendant Barbara Lerner within the next two months.

B.  The defendants have taken the deposition of L. Carol Woodbury, a non-party witness.  The defendants also intend to take the deposition of Elliot Pollack, a non-party witness within the next one to two months and have scheduled the depositions of the plaintiffs, James J. Lattanzio, Jr. and Sandra J. Lattanzio, parties for July 14 and 7, 2004, respectively.

C.  The plaintiffs anticipate currently that no more than the aforementioned discovery will be conducted.

D.  The defendants will probably seek to take the deposition of Carol Ostendorf, a non-party witness.

E.  The defendants note that they have provided a large volume of documents to the plaintiffs in response to their discovery requests.  The plaintiff James Lattanzio anticipates filing interrogatories in the near future.

**4.**    The plaintiffs do not anticipate filing a dispositive motion.  The defendants will make a decision regarding filing a dispositive motion upon the completion of discovery.

**5.**    The parties do not anticipate that they will file any additional pleadings.

**6.**    The parties estimate that the length of the trial will be four to five days.

**7.**    The parties can perceive of no other significant preparation that is required.

**8.** The parties can perceive of no other significant steps that the court can perform to facilitate the progress of this action.

**9.** The parties believe that a settlement conference or assignment to a special master would serve little use. The parties can perceive of no additional discovery or motion practice that would facilitate settlement discussions beyond the discovery mentioned above.

**10.** The parties have discussed a settlement on prior occasions and have been unable to reach an accord.

**11.** The parties would not object to the referral of this action to a Magistrate Judge for trial thereof**.**

                                    **THE PLAINTIFF**
                                    **JAMES J. LATTANZIO, JR.**

                          BY:   /s/_____
                                James J. Lattanzio, Jr.  Pro Se
                                1025 Silas Deane Hwy.
                                Wethersfield, CT 06109
                                Tel: (860) 721-1904
                                Fax: 860) 257-4514

                                **THE PLAINTIFFS**
                                **GALEN INSTITUTE, LLC AND**
                                **SANDRA J. LATTANZIO**

                          BY:
                                __/s/_____
                                Thomas A. Amato
                                357 East Center Street
                                Manchester, CT  06040
                                Tel: (860) 643-0318
                                Federal Bar No. ct 14221

**THE DEFENDANTS**

      BY:   /s/_____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

CERTIFICATION

I hereby certify that a copy of the foregoing joint responses was hand delivered on June 24, 2004 to:

c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

        _/s/_____
M.J. McCarthy
Assistant Attorney General