**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC; <br> JAMES J. LATTANZIO, JR; <br> SANDRA J. LATTANZIO; <br> PLAINTIFFS <br> <br> v. <br> <br> VALERIE LEWIS; <br> BRENDA LERNER; <br> JONAS ZDANYS | CASE NO. 3:02-CV-1637 (JCH) <br> <br> PLAINTIFF LATTANZIO'S <br> MOTION TO COMPEL <br> DEFENDANT BRENDA LERNER'S <br> DEPOSITION AND FOR COSTS <br> <br> <br> AUGUST 31, 2004 |

Pursuant to Federal Rule 37(a), this plaintiff respectfully moves this Court for an order "COMPELLING" defendant Brenda Lerner to attend a deposition that has been re-scheduled and noticed for September 22, 2004. In addition and pursuant to Federal Rule 37(a)(4), this plaintiff asks for reasonable expenses costs incurred in making this motion and reasonable expenses lost in the abrupt cancellation of scheduled deposition. As grounds thereof this plaintiff represents the following:

1. On July 30, 2004 plaintiff's counsel, served defense counsel "notice of deposition" of Brenda Lerner, to take place on Friday, August 20, which was an agreed upon date by defense counsel, this plaintiff and other plaintiff's counsel;

2. On Tuesday, August 17, late afternoon, other plaintiffs counsel was notified by defense counsel that defendant Lerner would not be attending and that the Friday deposition was off;

3. This plaintiff was not notified until late Wednesday, August 18 that defense counsel had canceled deposition, which was now the third cancellation;

4. Defendant Lerner was given over three (3) weeks notice, to which it was then represented by defense counsel that she agreed to attend;

5. Defense counsel was well aware of the timing of plaintiff's discovery because depositions per the 26(f) needed to be complete by August 31, 2004;

6. A new agreed on deposition date of September 22 has been scheduled;

7. Defendant Lerner has also failed to answer and produce responses to this plaintiffs other discovery requests of her to which motions addressing those issues have been filed with this Court;

**Wherefore**, this Court is fully aware of the continued discovery delays in this case, for the most part at the hands of the defendants. This Court has ordered discovery to proceed according to 26(f) and that both parties needed to cooperate in facilitating discovery. This plaintiff submits that these delays have caused the deadline dates within the 26(f) to pass without discovery being complete. Plaintiffs have at all times attempted to make more then a reasonable effort to accommodate defendants and defense counsel, regarding discovery. This (September 22) will be the forth (4) attempt of plaintiffs to depose defendant Lerner.

**Therefore**, this plaintiff now seeks a Court order compelling defendant Lerner without fail, to attend the new September 22 scheduled deposition. This plaintiff also seeks costs of $200 for the filing of this motion and costs and expenses for plaintiff and plaintiff's counsel of $500 for having to confer, and cancel Friday, August 20 as a scheduled deposition day and the loss of that day as a productive workday.

By, Plaintiff:

JAMES LATTANZIO pro se

*/s/ James Lattanzio*

## CERTIFICATION OF SERVICE

This is to certify that on August 31, 2004 via U.S. first class postage paid the above motion was served upon to the following parties:

TO: Counsel for all defendants, Lewis, Lerner and Zdanys
M. J. Macarthy
Assistant Attorneys General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

TO: Counsel for plaintiff Galen Institute and Sandra Lattanzio
Thomas A. Amato
357 East Center Street
Manchester, CT 06040

                             Plaintiff,
                             JAMES LATTANZIO pro se

                             _/s/ James Lattanzio_

## CERTIFICATION TO THIS COURT

This is to certify that on this date: AUGUST 31, 2004, pursuant to FRCivP, 37(a)(4), that on August 26, 2004 via email communication to defense counsel (copy enclosed as Exhibit B) plaintiff has made a good faith effort (and on three other occasions) to obtain the deposition of Lerner without Court action and that defense counsel simply wants another month of time, which this plaintiff feels is an unjust delay.

That the above statement by plaintiff is true and accurate.

BY:

James Lattanzio, pro se, plaintiff

_/s/ James Lattanzio_                Date: AUGUST 31, 2004

3

**EMAIL SENT TO DEFENSE COUNSEL ON AUGUST 26, 2004**

To:
MJ.McCarthy@po.state.ct.us

Dear Ms. McCarthy,

It is now August 26 and I have not received any of the Lerner discovery responses that was served on you July 14 and due on August 15.

If you did have it served on me, I did not receive it so could you resend it, I will cover the cost of re-copy and postage.

If you have not completed the discovery request, why not.

As you know, some of my discovery and timelines were predicated on promptly receiving that discovery within the 30 days, which has now well past.

I don't feel you are due any extensions seeing that this case has already dragged on longer then it should have.

I was extremely reasonable and fair, in keeping my written request(s) "short" and "to the point," and believe Lerner could have answered them very quickly.

*In addition, I have a problem with your canceling the Lerner deposition with such short notice (3 days).*

*Both my wife and I were very accommodating to you when to came to our depositions, with just a weeks notice we attended. The Lerner deposition was on for a month and you had plenty of time to plan.*

My questions now are:

1. Did you serve said discovery responses (interrogatories, admissions & request to produce) on me on August 16? (I have not received)
2. If no, then why not?
3. Can you provide me with said discovery responses by Friday, August 27?
4. When will Lerner avail herself for her deposition?
5. Do we need an order from the Court to accomplish the above?

Please reply promptly, because I now have to readjust my 26f deadlines and my have to move the Court as such.

Thank You,

Jim Lattanzio