**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC; ) | CASE NO. 3:02CV-1637 (JCH) 42 |
| JAMES J. LATTANZIO, JR; ) | |
| SANDRA J. LATTANZIO; ) | PLAINTIFF LATTANZIO'S |
| PLAINTIFFS ) | MOTION FOR SANCTIONS |
| ) | FOR DEFENDANTS FAILURE TO |
| v. ) | COOPERATE IN DISCOVERY |
| ) | |
| VALERIE LEWIS; ) | |
| BRENDA LERNER; ) | |
| JONAS ZDANYS ) | AUGUST 31, 2004 |

Pursuant to Federal Rule 37(b)(2), this plaintiff respectfully moves this Court for SANCTIONS against the defendants and defense counsel for failure to cooperate in discovery and the agreed upon 26(f) discovery. In addition, this plaintiff asks for reasonable expenses associated with failure and costs incurred in making this motion. As grounds thereof this plaintiff represents the following:

1. This Court approved by order the joint 26(f) report of parties.

2. That the 26(f) report called for deposition discovery to be completed by September 1 and written discovery completed by September 31, 2004;

3. This plaintiff and other plaintiff's counsel had kept informed defense counsel of their discovery timing in that plaintiffs written interrogatories, request for production and admissions of defendant Lerner was served on July 15 with responses due on August 16, and so that the scheduled deposition of Lerner could be taken on August 20 with this written discovery being first obtained;

4. Lerner failed to answer the interrogatories, failed to answer the admissions and failed to produce requested production, with no timely request for extensions;

5. Lerner failed to attend the August 20 deposition that had been scheduled for three weeks in advance by having her defense counsel cancel it three days before the scheduled date, late in the afternoon (this was third deposition attempt);

6. Because of the delays of the defendants, the scheduled 26(f) date to complete depositions, September 1, 2004 cannot be complied with;

7. Because Lerner failed to respond and answer the written discovery requests due on August 16, this plaintiff will not have an opportunity to conduct and obtain follow-up discovery by the 26(f) written discovery deadline of September 30;

8. Plaintiffs, Galen Institute, James Lattanzio and Sandra Lattanzio, did fully cooperated with defense counsels (defendants) discovery requests, provided written responses to interrogatories and production, which they have supplemented;

9. Both plaintiffs, James Lattanzio and Sandra Lattanzio, did fully cooperate with defense counsels short notice request and were deposed by defense counsel;

10. Defense counsel at the July 14 deposition of James Lattanzio requested to continue his deposition, which was agreed to at that time, to which defense counsel has since not noticed or communicated a proposed date and time for such continued deposition of James Lattanzio, (deposition deadline date is September 1, 2004);

11. On August 30 and 31, this plaintiff has also brought the above related matters to this Courts attention by way of a "motion to admit" and two "motions to compel," (discovery and the deposition of Lerner), which this plaintiff respectfully request the Court incorporate into this motion as foundational information and as supporting reasons for sanctions;

**Wherefore**, the defendants by these acts have knowingly failed to cooperate with plaintiffs and with the Court ordered 26(f) discovery plan and caused delay. In addition, the defendant Lerner has failed to comply with the FRCivP rules of discovery and the 26(f) order causing discovery deadlines to come and pass. These actions of the defense counsel and defendants have prevented the plaintiffs from obtaining necessary discovery and have caused unnecessary costs and expenses upon the plaintiffs in having to meet and confer with counsel over and over again. Defendants are State officials and are represented by the CT, AG and as such know the rules and have no excuse for such conduct. Efforts to resolve these issues, to no avail, have been attempted without this Courts intervention. This plaintiff now asks that the following sanctions and costs be placed on the defense counsel and defendants:

1. That 26(f) discovery (deposition and written) is extended for the plaintiffs until all pending plaintiff written discovery request is complete and fully complied with allowing an additional 60-day time for follow-up discovery if needed,
2. That any and all further discovery by the defendants be disallowed,
3. That the defendants pay this plaintiff $200 for the cost of this motion,
4. That the defendants pay this plaintiff $2,500, reasonable expenses and attorneys fees to which these delays have caused the plaintiffs to incur,
5. Any other sanction that the Court deems necessary.

By, Plaintiff:

JAMES LATTANZIO pro se

*/s/ James Lattanzio*

## CERTIFICATION OF SERVICE

This is to certify that on August 31, 2004 via U.S. first class postage paid the above motion was served upon to the following parties:

TO: Counsel for all defendants, Lewis, Lerner and Zdanys
M. J. Macarthy
Assistant Attorneys General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141

TO: Counsel for plaintiff Galen Institute and Sandra Lattanzio
Thomas A. Amato
357 East Center Street
Manchester, CT 06040

Plaintiff,<br>
JAMES LATTANZIO pro se<br>
<i>/s/ James Lattanzio</i>