UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | : 3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | : SEPTEMBER 3, 2004 |

## MOTION NUNC PRO TUNC FOR EXTENSION OF TIME

The defendant Valerie Lewis, Commissioner, Department of Higher Education, and the other defendants, move for an extension of time until September 30, 2004 to both: 1) file objections to interrogatories; and 2) answer the interrogatories served on the defendant Brenda Lerner. This is the first request for an extension of time in answering these interrogatories. Attorney Amato indicated that there was no problem with the extension, but based upon the previous motions filed by Mr. Lattanzio, it appears that he is not in agreement with the extension request.

          DEFENDANT

          VALERIE LEWIS, COMMISSIONER
          DEPARTMENT OF HIGHER
          EDUCATION ET. AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
      M. J. McCarthy
      Assistant Attorney General
      Federal Bar No. ct00319
      55 Elm Street
      P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5210
      Fax: (860) 808-5385
      mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 3rd day of September, 2004, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06141

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

_____
M.J. McCarthy
Assistant Attorney General