**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GALEN INSTITUTE, LLC, ET AL,         CIVIL ACTION NO.
    *Plaintiffs*            :   3:02 CV-1637(JCH)
                         :
    v.                     :
                         :

VALERIE LEWIS, ET AL
    *Defendants*          :   SEPTEMBER 4, 2004

### MOTION NUNC PRO TUNC FOR EXTENSION OF TIME

       The defendant Brenda Lerner, moves for an extension of time until September 30, 2004 respond to plaintiff Lattanzio's Request to Admit served on this defendant. This is the first request for an extension of time in answering these Request to Admit.  On or about August 18, 2004, defendant's counsel spoke to plaintiff's counsel Amato on several matters including a request for a thirty day extension to answer the Interrogatories and Request to Admit served on the defendant Brenda Lerner.  During the course of the conversation, defendant's counsel questioned whether Plaintiff's counsel would be speaking with pro se plaintiff James Lattanzio. Attorney Amato indicated that he would speak with him and that he did not believe there would be a problem with the extension.

                                    DEFENDANT

                                    VALERIE LEWIS, COMMISSIONER
                                    DEPARTMENT OF HIGHER
                                    EDUCATION ET. AL.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

BY:   _____
                                   M. J. McCarthy
                                   Assistant Attorney General
                                   Federal Bar No. ct00319
                                   55 Elm Street
                                   P.O. Box 120

Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 4th day of September, 2004, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06141

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

_____
M.J. McCarthy
Assistant Attorney General