UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES LATTANZIO, ET AL : | |
|    Plaintiffs : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-1637 (JCH) |
| : | |
| VALERIE LEWIS, ET AL : | SEPTEMBER 9, 2004 |
|    Defendants : | |

**ORDER TO SHOW CAUSE**

The defendant is hereby ordered to show cause why the Motion to Compel [Dkt. No. 56] should not be granted.  A written response to said Order/Opposition to Motion is due on or before **SEPTEMBER 17, 2004**.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of September, 2004.


                        /s/ Janet C. Hall
                        Janet C. Hall
                        United States District Judge