*Tel: (860) 808-5210*
*Fax: (860) 808-5385*

September 15, 2004

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT 06040

**By facsimile to (860) 643-2725 and first class postage**

**Re: Galen v. Valerie Lewis**

Dear Attorney Amato:

    Please be advised that I have finally reached Brenda Lerner as she was away on vacation and she will be able to attend the deposition on September 22, 2004. I would also like to schedule Mr. Lattanzio's continuing deposition to September 29, 2004. Please let me know if these dates are acceptable as discovery must be complete by September 30, 2004. If you have any questions concerning this matter, please do not hesitate to contact me.

                                         Yours Truly,

                                         M.J. McCarthy
                                         Assistant Attorney General

Cc:  James J. Lattanzio, Jr., Galen Institute, LLC, 1025 Silas Deane Highway, Wethersfield, CT 06109

MJM/hs