*Tel: (860) 808-5210*
*Fax: (860) 808-5385*

September 15, 2004

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT 06109

**By facsimile to (860) 721-1904 and first class postage**

**Re: Galen v. Valerie Lewis**

Dear Mr. Lattanzio:

    As indicated in the attached letter to Attorney Amato, I have finally reached Ms. Lerner and would like to confirm her deposition for September 22, 2004. I would also like to schedule your continuing deposition for September 29, 2004. I am enclosing my notice of deposition with this letter. I will also try to comply with your discovery request prior to the deposition. Please let me know if these dates are acceptable. If you have any questions concerning this matter, please do not hesitate to contact me.

                                          Yours Truly,

                                          M.J. McCarthy
                                          Assistant Attorney General

MJM/hs