## McCarthy, MJ

**From:** McCarthy, MJ
**Sent:** Tuesday, August 31, 2004 6:07 PM
**To:** Jim Lattanzio
**Subject:** RE: FROM JIM LATTANZIO

Dear Mr. Lattanzio:

I received your e-mail and was somewhat surprised as I had spoken to Atty. Amato prior to my vacation regarding an extension on the interrogatories, which he indicated was not a problem. I was on vacation and out of state last week and therefore did not receive you correspondence until yesterday. Yesterday I was in a hearing and was unable to respond until today. While I was on vacation I did check my voice mail but received none from you. I did not have access to my e-mail and was not able to respond until this time. I have not completed the interrogatories, but will attempt to do so within the next few days.
I will let you know about the deposition date as soon as I receive the information. You do not need a court order, but you have already filed documents with the court. I would still like to have an extension on the interrogatories. While this case was filed a while ago, I have not asked for any extensions. Thank you for your cooperation. M.J. McCarthy, AAG


-----Original Message-----
From: Jim Lattanzio [mailto:galen@snet.net]
Sent: Thursday, August 26, 2004 11:32 AM
To: McCarthy, MJ; Thomas Amato
Subject: FROM JIM LATTANZIO

Dear Ms. McCarthy,
It is now August 26 and I have not received any of the Lerner discovery responses that was served on you July 14 and due on August 15.
If you did have it served on me, I did not receive it so could you resend it, I will cover the cost of re-copy and postage.
If you have not completed the discovery request, why not.
As you know, some of my discovery and timelines were predicated on promptly receiving that discovery within the 30 days, which has now well past.
I don't feel you are due any extensions seeing that this case has already dragged on longer then it should have.
I was extremely reasonable and fair, in keeping my written request(s) "short" and "to the point," and believe Lerner could have answered them very quickly.
In addition, I have a problem with your canceling the Lerner deposition with such short notice (3 days).
Both my wife and I were very accommodating to you when to came to our depositions, with just a weeks notice we attended. The Lerner deposition was on for a month and you had plenty of time to plan.

My questions now are:
1. Did you serve said discovery responses (interrogatories, admissions

& request to produce) on me on August 16? (I have not received)
2. If no, then why not?
3. Can you provide me with said discovery responses by Friday, August 27?
4. When will Lerner avail herself for her deposition?
5. Do we need an order from the Court to accomplish the above?

Please reply promptly, because I now have to readjust my 26f deadlines and my have to move the Court as such.

Thank You,

1