UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | : 3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | : SEPTEMBER 16, 2004 |

## DEFENDANTS OBJECTION TO THE PLAINTIFF LATTANZIO'S MOTION FOR SANCTIONS

The defendant Brenda Lerner objects to co-plaintiff Lattanzio's Motion for sanctions for Failure to Cooperate in Discovery and respectfully requests that this court deny this motion. The defendant Brenda Lerner's deposition has been rescheduled for September 22, 2004 by agreement with counsel for the defendants and co-plaintiffs' counsel, who noticed the deposition of Ms. Lerner. In addition this court has granted extension for answering co-plaintiff Lattanzio's Interrogatories, Request for Production and Admissions until September 30, 2004.

1. In July 2004, co-plaintiff Lattanzio handed Interrogatories, Requests for production, and Requests to 'Admit to defendants' counsel. The responses to this document were due on August 16, 2004.

2. On August 2, 2004, plaintiffs' counsel Amato noticed a deposition for the defendant Brenda Lerner on August 20, 2004.

3. On Tuesday August 17, 2004, counsel for the defendants called co-plaintiffs' counsel Amato and left a message requesting a continuance of the deposition due to a conflict.

4. On the morning of August 18, 2004, co-plaintiffs' counsel called defendants' attorney and agreed to the continuance and the parties agreed to tentative dates for rescheduling the deposition. Counsel for the co-plaintiffs volunteered to speak with co-plaintiff Lattanzio

regarding the continuance and new dates. The two dates that were given as possible reschedule dates were September 22 and September 29, 2004.

5. Defendants' counsel indicated that she would have to confer with the Ms. Lerner regarding the dates as the deponent is now retired and no longer working for the State of Connecticut. Defendants' counsel also indicated to co-plaintiffs' counsel that she would be on vacation the following week from August 22 through to August 30th.

6. On September 1, 2004, defendants' counsel received a re-notice of the Lerner deposition and then left several messages at Ms. Lerner's home. On September 1, 2004 and September 4, 2004 defendants' counsel filed for an extension to this court until September 30, 2004 to answer co-plaintiff Lattanzio's Interrogatories, Request for Production and Request to Admit.

7. On September 7, 2004, Ms. Lerner called indicating that she had been on vacation and that she would be available for a deposition on September 22, 2004.

8. In a conversation with co-plaintiffs' counsel, both attorneys Attorney Amato and AAG McCarthy erroneously believed that pursuant to the Revised Joint 26(f) Report, that discovery was to be completed by September 30, 2004.

9. Although there have been other attorneys representing the defendants, present defense counsel has not requested a continuance for any depositions and therefore objects to the imposition of sanctions. At the time that the request for a continuance was made co-plaintiffs' counsel, who noticed the deposition, readily agreed to the request.

10. Co-plaintiff Lattanzio attempted to communicate with defendants' counsel, however, it was at a time when she was on vacation and unable to respond. Upon return, defense counsel responded to co-plaintiff Lattanzio's communication.

11. On September 9, 2004 and September 16, 2004, this Court granted defendant Lerner's Request for extensions to respond to discovery request of co-plaintiff Lattanzio.

WHEREFORE, the defendant Lerner respectfully requests that this court deny the Motion for Sanctions as the deposition has been rescheduled by agreement with counsel who noticed the deposition and that extensions have been granted until September 30, 2004 to respond to co-plaintiff Lattanzio's discovery.

**THE DEFENDANTS**

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing Objection to the Motion For Sanctions was mailed by first class mail postage prepaid on September 16, 2004 to:

James Lattanzio
c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

_____
M.J. McCarthy
Assistant Attorney General