**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL,     *Plaintiffs* | CIVIL ACTION NO. : 3:02 CV-1637(JCH) |
| v. | : : : |
| VALERIE LEWIS, ET AL     *Defendants* | : SEPTEMBER 16, 2004 |

### DEFENDANTS OBJECTION TO THE PLAINTIFF LATTANZIO'S MOTION TO COMPEL BRENDA LERNER'S TO ANSWER INTERROGATORIES, PRODUCE PRODUCTION AND FOR COSTS

The defendant Brenda Lerner respectfully objections to co-plaintiff Lattanzio Motion to Compel Brenda Lerner to Answer Interrogatories, Produce Production and For Costs dated August 30, 2004.  The defendant Lerner does not object in general to answering interrogatories and to the request for production, although there are specific objections which shall be responded in the answers in a separate document.  The defendant has filed a Motion Nunc Pro Tunc for an Extension of time within which to respond to the interrogatories, admissions and requests for production.  **See attached Exhibit A**.  This Court has granted an extension until September 30, 2004.

1.  On or about July 14, 2004, co-plaintiff Lattanzio hand delivered a set of interrogatories to defendant Lerner's counsel.

2.  On Tuesday, August 17, 2004, the defendant's counsel called co-plaintiffs' counsel Amato and left a message requesting a continuance of the Friday deposition of Ms. Lerner due to a conflict.

3.  On the morning of August 18, 2004, co-plaintiffs' counsel called defendant's attorney and agreed to the continuance and the parties agreed to tentative dates for rescheduling the

deposition. During the course of the conversation, defendants' counsel requested a thirty day extension for answering and objecting to the interrogatories, production and requests to admit, but assured counsel that the answers, admissions and production would be available prior to the deposition. Counsel for the co-plaintiffs indicated that the extension would not be a problem and also volunteered to speak with co-plaintiff Lattanzio regarding all these issues.

4. Defendants' counsel indicated that she would have to confer with the Ms. Lerner regarding the dates as the deponent is now retired and no longer working for the State of Connecticut. Defendants' counsel also indicated to co-plaintiffs' counsel that she would be on vacation the following week from August 22 through to August 30th.

5. While on vacation, defendants' counsel did a remote check for any voice messages on her office phone on Monday, August 23, 2004 at 11:23 a.m. co-plaintiffs' counsel called to say that September 22 and 29 were agreeable and that the parties had until September 30, 2004 to complete Discovery and therefore did not have to file a Motion for an Expansion of Time. There was no objection to any of the defendants counsel's requests.

6. In the conversation of August 18, 2004, with co-plaintiffs' counsel, both Attorney Amato and AAG McCarthy erroneously believed that pursuant to the Revised Joint 26(f) Report, that discovery including depositions, was to be completed by September 30, 2004.

7. On September 10, 2004, this Court granted defendant Lerner's request Nunc Pro Tunc for an extension of time to respond to the co-plaintiff Lattanzio's discovery.

WHEREFORE, the defendant Lerner respectfully request that this Court denied the Motion to Compel the answering of the interrogatories as the date to answer the discovery has been extended by this Court until September 30, 2004. Additionally, the defendant requests that

the Court deny the co-plaintiff Lattanzio's request for sanctions as the time for the defendant to respond has not passed.

                                              **THE DEFENDANTS**

BY: _____
       M.J. McCarthy
       Assistant Attorney General
       Federal Bar No. ct 00319
       55 Elm Street
       P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385

CERTIFICATION

I hereby certify that a copy of the foregoing Objection to the co-plaintiff's Motion to compel was mailed by first class mail, postage prepaid on September 16, 2004 to:

James Lattanzio
c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

_____
M.J. McCarthy
Assistant Attorney General