## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC, ET AL,      CIVIL ACTION NO.
    *Plaintiffs*           :  3:02 CV-1637(JCH)
                   :
    v.                :
                   :

VALERIE LEWIS, ET AL
    *Defendants*       :  SEPTEMBER 16, 2004

### <u>AFFIDAVIT OF M.J. MCCARTHY</u>

I, M.J. McCarthy, being duly sworn, do hereby depose and say of my own personal knowledge that:

1.  I am over the age of eighteen (18) and I understand and appreciate the obligation of an oath.

2.  Upon information and belief, co-plaintiffs' Counsel Thomas Amato noticed a deposition for Brenda Lerner for August 20, 2004.

3.  On Tuesday August 17, 2004 I called Attorney Amato's office and left a message stating that I needed to reschedule the Lerner deposition due to a conflict.

4.  On Wednesday, August 18, 2004, I received a call from Attorney Amato agreeing to the continuance of the deposition.  We also spoke about of tentative dates of September 22 or 29, 2004 for the rescheduled deposition.  Attorney Amato also agreed to notify pro se co-plaintiff Lattanzio of the continuance.  During our conversation, I asked Attorney Amato for a thirty (30) day extension to object and answer defendant Brenda Lerner's interrogatories.  Attorney Amato indicated that would not be a problem.

5.  During our telephone conversation, I indicated to Attorney Amato that I would be away out of state on vacation until August 30, 3004.

6.  While away on vacation, I checked my voice mail and received a phone call from Attorney Amato on Monday August 23, 2004 at 11:23 AM, indicating that the dates of September 22 and 29, 2004 were acceptable to him and his clients.  There were no objections to the request for an extension of time on the interrogatories.

7.  On September 1, 2004, I received a notice for the rescheduled deposition for September 22, 2004.  I called the defendant Lerner and left a message at her home.

8.  Upon information and belief, defendant Lerner is retired and no longer employed by the State of Connecticut's Department of Higher Education.

9.  I left several messages for Ms. Lerner, whom I believed was away on vacation.

10.  On September 7, 2004, Ms. Lerner returned from her vacation and called me to indicate that she would be available for a deposition on September 22, 2004.

11.  On September 10, 2004, I sent letters to both Attorney Amato and pro se plaintiff Lattanzio confirming the deposition date.

12.  On August 31, 2004, I responded to pro se plaintiff Lattanzio's e-mail, which was sent while I was out of State and on vacation.


_____

M.J. McCarthy


STATE OF CONNECTICUT)
                                        )                    SS:  HARTFORD
COUNTY OF HARTFORD   )

Sworn and subscribed before me this the 16th day of September 2004.


_____

Tanya Feliciano-DeMattia
Commission of the Superior Court