**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | : 3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | : SEPTEMBER 16, 2004 |

## DEFENDANTS OBJECTION TO THE PLAINTIFF LATTANZIO'S MOTION TO REQUEST TO ADMIT ADMISSIONS;

The defendant Brenda Lerner respectfully objects to co-plaintiff Lattanzio's Motion for an Order Admitting defendant Lerner's unanswered admissions and request for costs. On September 4, 2004, Defendant Lerner filed a request for an extension Nunc Pro Tunc in order to answer the co-plaintiff Lattanzio's Request to Admit. **See attached Exhibit A.** On September 16, 2004, this Court granted the defendant's extension until September 30, 2004.

1. On July 14, 2004 co-plaintiff Lattanzio handed to defendant's Lerner's counsel a document entitled Interrogatories, Request for Production and Request to Admit.

2. On Tuesday August 17, 2004, counsel for the defendants called co-plaintiffs' counsel Amato and left a message requesting a continuance of a deposition due to a conflict.

3. On the morning of August 18, 2004, co-plaintiffs' counsel called defendants' attorney and agreed to the continuance and the parties agreed to tentative dates for rescheduling the deposition.  Counsel for the co-plaintiffs volunteered to speak with co-plaintiff Lattanzio regarding the continuance and new dates.  The two dates that were given as possible reschedule dates were September 22 and September 29, 2004.

4. While on vacation out of State, defendants' counsel check her office voice mail and received a message from co-plaintiffs' counsel indicating that the dates of September 22 and 29, 2004 were acceptable to him and his clients. There were no other messages from the plaintiffs.

5. Upon returning from vacation, defendants' counsel received a surprising e-mail from co-plaintiff Lattanzio. The following day defendants' counsel responded to the e-mail.

6. On September 1, 2004, defendants' counsel filed a request of this Court for an extension until September 30, 2004 to answer and object to co-plaintiff Lattanzio's Interrogatories. This court granted the extension on September 9, 2004.

6. On September 4, 2004, because defendant's counsel neglected to include in the Request for an Extension language to cover the Request for production and the Request to Admit, another Request for Extension was filed on September 4, 2004. This request was granted by the court on September 16, 2004.

WHEREFORE, the defendant Lerner respectfully requests that this Court deny the Motion for Court Order Admitting "Admissions" and requests for costs. Since this Court has granted the extension until September 30, 2004, no costs should be awarded as sanction since the time for the admissions is not yet due.

**THE DEFENDANTS**

BY: _____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing Objection to the Motion For Order Admitting Admissions was mailed by first class mail postage prepaid on September 16, 2004 to:

James Lattanzio
c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

_____
M.J. McCarthy
Assistant Attorney General