UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, <br>    *Plaintiffs* <br><br> v. <br><br> VALERIE LEWIS, ET AL <br>    *Defendants* | : CIVIL ACTION NO. <br> : 3:02 CV-1637(JCH) <br> : <br> : <br> : <br> : <br> : SEPTEMBER 4, 2004 |

**MOTION NUNC PRO TUNC FOR EXTENSION OF TIME**

      The defendant Valerie Lewis, Commissioner, Department of Higher Education, and the other defendants, move for an extension of time until September 30, 2004 respond to plaintiff Lattanzio's Request to Admit served on the defendant Brenda Lerner. This is the first request for an extension of time in answering these Request to Admit. Plaintiff's counsel Amato indicated that there was no problem with the extension, but based upon the previous motions filed by Mr. Lattanzio, it appears that he is not in agreement with the extension request.

                                DEFENDANT

                                VALERIE LEWIS, COMMISSIONER
                                DEPARTMENT OF HIGHER
                                EDUCATION ET. AL.

                                RICHARD BLUMENTHAL
                                ATTORNEY GENERAL

BY: _____
            M. J. McCarthy
            Assistant Attorney General
            Federal Bar No. ct00319
            55 Elm Street
            P.O. Box 120
            Hartford, CT  06141-0120
            Tel: (860) 808-5210
            Fax: (860) 808-5385
            mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 4th day of September, 2004, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06141

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

_____
M.J. McCarthy
Assistant Attorney General