UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | : 3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | : SEPTEMBER 16, 2004 |

## AFFIDAVIT OF M.J. MCCARTHY

I, M.J. McCarthy, being duly sworn, do hereby depose and say of my own personal knowledge that:

1. I am over the age of eighteen (18) and I understand and appreciate the obligation of an oath.

2. Upon information and belief, co-plaintiffs' counsel Thomas Amato noticed a deposition for Brenda Lerner for August 20, 2004.

3. On Tuesday August 17, 2004 I called Attorney Amato's office and left a message stating that I needed to reschedule the Lerner deposition due to a conflict.

4. On Wednesday, August 18, 2004, I received a call from Attorney Amato agreeing to the continuance of the deposition. We also spoke about tentative dates of September 22 or 29, 2004 for the rescheduled deposition. During our conversation, I asked Attorney Amato for a thirty (30) day extension to object and answer defendant Brenda Lerner's interrogatories. Attorney Amato indicated that would not be a problem. Attorney Amato also agreed to notify pro se co-plaintiff Lattanzio of the continuance.

5. During our telephone conversation, I indicated to Attorney Amato that I would be out of State on vacation until August 30, 3004.

6. While away on vacation, I checked my voice mail and received a phone message from Attorney Amato on Monday August 23, 2004 at 11:23 AM, indicating that the dates of September 22 and 29, 2004 were acceptable to him and his clients. There were no objections to the request for an extension of time on the interrogatories.

7. Upon my return from vacation, I received an e-mail for co-plaintiff Lattanzio. The following day, I responded to Mr. Lattanzio's e-mail.

8. On September 1 and September 4, 2004, I requested a thirty (30) day extension to answer the interrogatories, request for production and request for admissions.

9. On September 9 and September 16, 2004, this Court granted my request for extensions.

_____
M.J. McCarthy

STATE OF CONNECTICUT)
                                          )            SS: HARTFORD
COUNTY OF HARTFORD  )

Sworn and subscribed before me this the 16th day of September 2004.

_____
Tanya Feliciano-DeMattia
Commission of the Superior Court