UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, <br> *Plaintiffs* | CIVIL ACTION NO. <br> : 3:02 CV-1637(JCH) |
| v. | : |
| VALERIE LEWIS, ET AL <br> *Defendants* | : SEPTEMBER 30, 2004 |

## DEFENDANTS REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DOCUMENTS IN RESPONSE TO CO-PLAINTIFF LATTANZIO'S MOTION FOR ORDER (#59)

The defendant Brenda Lerner respectfully request leave of this Court to file an additional document in response to co-plaintiff Lattanzio's Motion for Court Order Admitting Admissions and Motion for Costs.

Since the Court reset the deadlines (Order dated 9/22/04) for response to co-plaintiff's motion (59) until September 30, 2004, the defendant Lerner believes that she has previously objected (67)to this motion but would like leave of this Court to file an additional document which she believes would be of benefit to the Court.  **See attached Exhibit A.**

WHEREFORE, the defendant Lerner respectfully requests that this court grant the request for leave to file supplemental information which the court may find of benefit in deciding the Motion For costs and Motion to Admit Admissions.


                              **THE DEFENDANTS**

                   BY:   _/s/_____
                            M.J. McCarthy
                            Assistant Attorney General

>Federal Bar No. ct 00319
>55 Elm Street
>P.O. Box 120
>Hartford, CT  06141-0120
>Tel: (860) 808-5210
>Fax: (860) 808-5385

CERTIFICATION

I hereby certify that a copy of the foregoing Objection to the Motion to Compel was mailed first class mail postage prepaid on September 30, 2004 to:

James Lattanzio
c/o Galen Institute
1025  Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

>/s/_____
>M.J. McCarthy
>Assistant Attorney General