UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* : | 3:02 CV-1637(JCH) |
| : | |
| v. : | |
| VALERIE LEWIS, ET AL : | |
| *Defendants* : | SEPTEMBER 30, 2004 |

### AFFIDAVIT OF M.J. MCCARTHY

I, M.J. McCarthy, being duly sworn, do hereby depose and say of my own personal knowledge that:

1. I am over the age of eighteen (18) and I understand and appreciate the obligation of an oath.

2. On September 22, 2004, defendant Lerner answered interrogatories, request to admit and requests for production for co-plaintiff Lattanzio. These interrogatories were answered prior to the extension date of September 30, 2004 granted by this Court. In an effort to cooperate, the interrogatories, request for admission and request for production were given to co-plaintiff Lattanzio and co-plaintiff's counsel prior to the defendant Lerner's deposition.

3. At no time has defendant Lerner or I attempted to delay or hinder co-plaintiff's Lattanzio's discovery.

_/s/_____
M.J. McCarthy

STATE OF CONNECTICUT)
                    )    SS: HARTFORD
COUNTY OF HARTFORD  )

Sworn and subscribed before me this the 30th day of September 2004.

/s/_____
Tanya Feliciano-DeMattia
Commission of the Superior Court