UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | 3:02 CV-1637(JCH) |
| v. | |
| VALERIE LEWIS, ET AL | |
| *Defendants* | SEPTEMBER 30, 2004 |

## MOTION NUNC PRO TUNC FOR AN EXPANSION OF DISCOVERY AND PRE-TRIAL DEADLINES

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure, deposition deadlines in the above captioned matter as set forth in the parties Joint Status Report closed on August 30, 2004. The discovery deadline will close on September 30, 2004. The defendants hereby request an additional sixty days to complete discovery, and ask that the other pre-trial deadlines in this matter be similarly extended. Co-plaintiff Lattanzio has requested in his Motion for Sanction (57) the same extension, however, for the plaintiffs only. The defendants are likewise requesting a sixty (60) day extension of these deadlines.

This is the first request for an expansion of the discovery period and pre-trial deadlines by this counsel. The parties have been pursing the litigation in good faith. The plaintiff has completed the deposition of defendant Brenda Lerner. The parties have exchanged and answered interrogatories and requests for production. Counsel for the defendant has deposed plaintiff Sandra Lattanzio and the witness Carol Woodbury. She has also started the deposition of co-plaintiff James Lattanzio, which is not completed. The co-plaintiff Lattanzio was noticed for a deposition on September 29, 2004, but refused to attend pending the outcome of Motion for

Sanctions #57. The undersigned counsel for the defendant hereby represents that she has contacted both co-plaintiff Lattanzio and co-plaintiffs' counsel Amato without response.

Wherefore, the defendants hereby request that the court expand all existing pre-trial deadlines by sixty days so that:

(1) All depositions of all witnesses shall be completed by October 30, 2004;

(2) All discovery shall be completed by November 30, 2004. All motions except motions in limine incident to a trial shall be filed on or before November 30, 2004.

**THE DEFENDANT**

BY:  /s/_____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street, PO Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax:  (860) 808-5385
mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing motion was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of September, 2004, first class postage prepaid to:

James Lattanzio
C/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

/s/_____
M.J. McCarthy
Assistant Attorney General