UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL,<br>*Plaintiffs* | CIVIL ACTION NO.<br>: 3:02 CV-1637(JCH) |
| v. | : |
| VALERIE LEWIS, ET AL<br>*Defendants* | : NOVEMBER 30, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendants in the above referenced matter move for an extension of time until December 30, 2004 to notify this court whether the defendants will file a dispositive motion. The defendants further request they have until February 7, 2005 for filing a dispositive motion. The defendants completed the plaintiff's deposition on November 30, 2004 and will not receive a transcript for two weeks. The defendants need the time to review the transcript prior to making a decision on whether to file a dispositive motion. Further defendant's council has a Connecticut Supreme Court case brief due in mid-January. The plaintiffs have been advised that this motion was being filed.

                DEFENDANT

                VALERIE LEWIS, COMMISSIONER
                DEPARTMENT OF HIGHER
                EDUCATION ET. AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:   /S/_____
        M. J. McCarthy

Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

Case 3:02-cv-01637-JCH   Document 76   Filed 12/02/2004   Page 2 of 3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of November, 2004, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06141

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

                                                 /S/

                                                 M.J. McCarthy
                                                 Assistant Attorney General