UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, <br> *Plaintiffs* | CIVIL ACTION NO. <br> : 3:02 CV-1637(JCH) |
| v. | : <br> : <br> : |
| VALERIE LEWIS, ET AL <br> *Defendants* | : JANAUARY 10, 2005 |

## NOTICE NUNC PRO TUNC

The defendants hereby notify this court of their intention to file a Summary Judgment Motion in the above-caption matter. On December 7, 2004, this court issued an order that the defendant s were to notify the court as to any filing of dispositive motion. With a trial, an administrative appeal brief to file in Superior Court and the press of the holidays, the defendants neglected to notify this court that they intended to file a Motion for Summary Judgment. The defendants apologize to the court for this error. The defendants intend to file the Motion for Summary Judgment by February 7, 2005 as previously ordered.

                DEFENDANT

                VALERIE LEWIS, COMMISSIONER
                DEPARTMENT OF HIGHER
                EDUCATION ET. AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:  /S/ M..J.McCarthy_____
       M.J. McCarthy
       Assistant Attorney General
       Federal Bar No. ct00319
       55 Elm Street
       P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385
       mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice Nunc Pro Tunc was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10th day of January, 2005, first class postage prepaid to:

    Thomas A. Amato, Esquire
    357 East Center Street
    Manchester, CT  06040

    James J. Lattanzio, Jr.
    Galen Institute, LLC
    1025 Silas Deane Highway
    Wethersfield, CT  06109

/S/ M. J. McCarthy_____
M.J. McCarthy
Assistant Attorney General