# DEFENDANTS' SUMMARY JUDGMENT

# LIST OF ATTACHMENTS

1. **Excerpts of Deposition Transcript, James Lattanzio**

2. **Excerpts of Deposition Transcript, Sandra Lattanzio**

3. **Excerpts of Deposition Transcript, Brenda Lerner**

4. **Excerpts of Deposition Transcript, Valerie Lewis**

5. **Excerpts of Deposition Transcript, L. Carole Woodbury**

6. **Excerpts of Deposition Transcript, Jonas Zdanys**

7. **Affidavit of Scott Ciecko**

   Exhibit A   Findings from Galen Institute Financial Statements / Quarterly Net Tuition forms

8. **Affidavit of Shirley Cooper**

   Exhibit A   Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*
   Connecticut Department of Higher Education, *Nonconflict of Interest Statement and Affidavit Evaluation Team Member*, 3/12/2001
   Exhibit B   Letter to S. Cooper from P. Santoro, 2/27/2001
   Exhibit C   Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001

9. **Affidavit of Brenda Lerner**

   Exhibit A   Position Description for Senior Associate, Private Occupational School Approval
   Exhibit B   Letter to J. Lattanzio from V. Lewis, 5/2/2001
   Letter to J. Lattanzio from V. Lewis, 5/8/2002
   Exhibit C   Memorandum to B. Lerner from P. Santoro, 2/27/2001
   *Nonconflict of Interest Statement and Affidavit Evaluation Team Member*, 3/19/2001
   Exhibit D   Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001
   Exhibit E   Letter to J. Lattanzio from B. Lerner, 4/26/2001
   Exhibit F   Letter to B. Lerner from J. Lattanzio, 4/30/2001
   Letter to T. Jacob from J. Lattanzio, 4/30/2001
   Exhibit G   Letter to J. Lattanzio from B. Lerner, 7/17/2001

  Exhibit H  Connecticut Department of Higher Education, *Evaluation Checklist*,
        2/19/2002
  Exhibit I  Connecticut Department of Higher Education, *Evaluation Checklist*,
        3/19/2002
  Exhibit J  Galen Institute Attendance (redacted version)
        Findings from 3/25/2002 records review at Galen Institute
        Findings, Records of 29 graduates examined
  Exhibit K  Letter to J. Lattanzio from B. Lerner, 10/16/2002
  Exhibit L  Letter to J. Lattanzio from B. Lerner, 2/3/2003

**10. Affidavit of Valerie Lewis**

  Exhibit A  Letter to J. Lattanzio from V. Lewis, 5/2/2001
  Exhibit B  Letter to J. Lattanzio from V. Lewis, 5/8/2002
  Exhibit C  Letter to D. Pitts from V. Lewis, 5/18/2001
        Connecticut Department of Higher Education, *Listing of Approved*
         *Programs & Courses*, Galen Institute, Wethersfield, 2/5/2001
        *Certification of Authorization*, Galen Institute, Wethersfield, 2/5/2001
        Connecticut Department of Higher Education, *Listing of Approved*
         *Programs & Courses*, Galen Institute, Stamford, 2/5/2001
        *Certification of Authorization*, Galen Institute, Stamford, 2/5/2001
  Exhibit D  *Certification of Authorization (Probationary)*, Galen Institute,
        Wethersfield, 4/5/2002
  Exhibit E  Memorandum to A. Vertefeuille from V. Lewis, 5/2/2002
  Exhibit F  Letter to D. Pitts from V. Lewis, 6/25/2002
        *Certification of Authorization (Probationary),* Galen Institute,
        Wethersfield, 7/4/2002
        *Certification of Authorization (Probationary),* Galen Institute,
        Stamford, 7/4/2002
        Connecticut Department of Higher Education, *Listing of Approved*
        *Programs & courses,* Galen Institute, Wethersfield, 7/4/2002
        Connecticut Department of Higher Education, *Listing of Approved*
        *Programs & Courses,* Galen Institute, Stamford 7/4/2002
        Conditions of Authorization and Program Approval
  Exhibit G  Memorandum to D. Jones from V. Lewis, 8/26/2002
  Exhibit H  Letter to D. Pitts from V. Lewis, 12/11/2002
        Connecticut Department of Higher Education, *Listing of Approved*
        *Programs & courses,* Galen Institute, Wethersfield, 12/5/2002
        Connecticut department of Higher Education, *Listing of Approved*
        *Programs & Courses,* Galen Institute, Stamford, 12/5/2002
        *Certification of Authorization,* Galen Institute, Wethersfield,
        12/5/2002
        *Certification of Authorization,* Galen Institute, Stamford, 12/5/2002
  Exhibit I  Letter to J. Lattanzio from V. Lewis, 1/16/2003
  Exhibit J  Letter to J. Lattanzio from V. Lewis, 3/5/2003
        Connecticut Department of Higher Education, *Listing of Approved*

              *Programs & Courses,* Galen Institute, Wethersfield, 2/5/2003
              Connecticut Department of Higher Education, *Listing of Approved*
               *Programs & Courses,* Galen Institute, Stamford, 2/5/2003
              *Certification of Authorization,* Galen Institute, Wethersfield, 2/5/2003
              *Certification of Authorization,* Galen Institute, Stamford, 2/5/2003

Exhibit K   Correspondence – Issues of Non-Compliance, letter to L. Olson from B. Lerner, 1/6/1999

Exhibit L   Written complaints received by the Department of Higher Education Between 1999 and May 18, 2002 (redacted version)

**11. Affidavit of Yuhang Rong**

Exhibit A   Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*, 1/31/2003

Exhibit B   Memorandum to Y. Rong from P. Santoro, 1/28/2003
              Letter to Y. Rong from P. Santoro, 2/10/2003

Exhibit C   Connecticut Department of Higher Education, *Evaluation Checklist*, 2/6/2003

**12. Affidavit of Patricia Santoro**

Exhibit A   Position Description for Senior Associate, Private Occupational School Approval
Exhibit B   Letter to D. Pitts from P. Santoro, 2/27/2001
Exhibit C   Letter to P. Santoro from J. Lattanzio, 1/31/2001
Exhibit D   Letter to D. Pitts from P. Santoro, 4/4/2001
Exhibit E   Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001
Exhibit F   Letter to P. Santoro from J. Lattanzio, 4/20/2001
Exhibit G   Memorandum to B. Lerner from P. Santoro, 1/29/2002
Exhibit H   Letter to D. Pitts from P. Santoro, 1/29/2002
Exhibit I   Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001
Exhibit J   Letter to D. Pitts from P. Santoro, 3/1/2002
Exhibit K   Connecticut Department of Higher Education, *Evaluation Checklist*, 3/18/2002
Exhibit L   Letter to P. Santoro from J. Lattanzio, 3/20/2002
Exhibit M   Letter to J. Lattanzio from P. Santoro, 4/3/2002
Exhibit N   Letter to P. Santoro from C. Ostendorf, 3/25/2002
Exhibit O   Letter to D. Pitts from P. Santoro, 8/19/2002
Exhibit P   [NO EXHIBIT P]
Exhibit Q   Commission on Massage Therapy Accreditation, On-Site Report-Galen Institute, LLP, Visit 3/25-26/2002
Exhibit R   Response to Onsite Report, J. Lattanzio, 5/2002
Exhibit S   DHE List of Complaints, 3/16/1999 – 2/10/2004 (redacted version)

    Exhibit T    Written log of telephone or verbal complaints
    Exhibit U    Connecticut Department of Higher Education, *Student Questionnaire*, 3/20/2001
    Exhibit V    Connecticut Department of Higher Education, *Student Questionnaire*, 3/20/2001
    Exhibit W    Connecticut Department of Higher Education, *Student Questionnaire*, 2/19/2002
    Exhibit X    Evaluation documents, 12/5/2002
    Exhibit Y    Letter to J. Lattanzio from S. Carragher, 5/28/2002
    Exhibit Z    Letter to P. Santoro from C. Ostendorf, 5/5/2003

**13.  Affidavit of Thomas Tynan**

    Exhibit A    Galen Institute Attendance
    Exhibit B    Findings from 3/25/2002 records review at Galen Institute
    Exhibit C    Letter to J. Lattanzio from T. Tynan, 11/12/2002

**14.  Affidavit of Valerie Voner**

    Exhibit A    Letter to V. Voner from P. Santoro, 1/29/2002
                    Connecticut Department of Higher Education, *Nonconflict of Interest Statement and Affidavit Evaluation Team Member*, 2/14/2002
                    Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*
    Exhibit B    Letter to V. Voner from P. Santoro, 1/28/2003
                    Connecticut Department of Higher Education, *Nonconflict of Interest Statement and Affidavit Evaluation Team Member*
                    Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*
    Exhibit C    Connecticut Department of Higher Education, *Evaluation Checklist*, 2/19/2002
    Exhibit D    Connecticut Department of Higher Education, *Evaluation Checklist*, 2/6/2003

**15.  Affidavit of Jonas Zdanys**

    Exhibit A    Letter to D. Pitts from P. Santoro, 4/4/2001
    Exhibit B    Letter to D. Pitts from J. Zdanys, 5/18/2001
    Exhibit C    Letter to D. Pitts from P. Santoro, 3/1/2002
    Exhibit D    Letter to D. Pitts from J. Zdanys, 4/5/2002
                    Letter to D. Pitts from V. Lewis, 4/5/2002
                        Conditions of Authorization and Program Approval
                    Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute, Wethersfield, 4/5/2002
                  Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute, Stamford, 4/5/2002

        *Certification of Authorization (Probationary)*, Galen Institute, Wethersfield, 4/5/2002
Exhibit E    Letter to J. Zdanys from J. Lattanzio, 6/5/2002
Exhibit F    Letter to D. Pitts from J. Zdanys, 6/25/2002
Exhibit G    Letter to J. Zdanys from J. Lattanzio, 7/29/2002
Exhibit H    Letter to D. Pitts from J. Zdanys, 8/22/2002
Exhibit I    Letter to J. Zdanys from J. Lattanzio, 9/5/2002
Exhibit J    Letter to D. Pitts from J. Zdanys, 10/15/2002
Exhibit K    Letter to J. Zdanys from J. Lattanzio, 10/31/2002
Exhibit L    Letter to D. Pitts from J. Zdanys, 11/12/2002
Exhibit M    Letter to D. Pitts from J. Zdanys, 12/11/2002
Exhibit N    Position Description for Associate Commissioner: Academic Affairs

16. **Excerpts from *Plaintiff Sandra Lattanzio Answer To Defendants' First Set Of Interrogatories And Request For Production*, April 25, 2003**

17. **Excerpts from *Defendant Lerner's Amended Response To Plaintiff Lattanzio's Request To Admit*, November 18, 2004**

18. ***Memorandum of Decision: Motion to Dismiss*, State of Connecticut, Office of the Claims Commissioner, Claim No. 19824, Sandra J. Lattanzio, December 26, 2003**
    ***Memorandum of Decision: Motion to Dismiss*, State of Connecticut, Office of the Claims Commissioner, Claim No. 19823, James J. Lattanzio, December 26, 2003**
    ***Memorandum of Decision: Motion to Dismiss*, State of Connecticut, Office of the Claims Commissioner, Claim No. 19822, Galen Institute, LLC, December 26, 2003**