## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC;<br>JAMES J. LATTANZIO, JR;<br>SANDRA J. LATTANZIO;<br>PLAINTIFFS<br><br>v.<br><br>VALERIE LEWIS;<br>BRENDA LERNER;<br>JONAS ZDANYS | CASE NO. 3:02-CV-1637 (JCH)<br><br>PLAINTIFF'S<br>MOTION FOR EXTENSION TO REPLY<br>TO DEFENDANTS MOTION FOR<br>SUMMARY JUDGMENT<br><br>MARCH 7, 2005 |

Plaintiffs respectfully request an extension of time to reply to defense motion for summary judgment up to and including April 29, 2005. As grounds thereof, this plaintiff represents the following:

1. This Court informed plaintiffs when it allowed defense to file said summary that it would allow additional time to plaintiffs in replying.

2. Defense motion contains (est.) over a thousand pages or text and documents.

3. The time is needed to fully examine and properly reply to the motion.

4. Federal Judge Dorsey, as of March 16, 2005, placed counsel for Galen Institute and this plaintiff on 24-hour trial notice in the related case Galen v. COMTA.

5. Plaintiff, Lattanzio requests time for all plaintiffs, as he is also responsible for information provided to plaintiff, Galen Institutes counsel and said counsel has confirmed and agreed that this extension is needed.

By, Plaintiff:
JAMES LATTANZIO pro se

*[signature]*

c/o Galen Institute
1025 Silas Deane Hwy
Wethersfield, CT 06109
860.721.1904

## CERTIFICATION OF SERVICE

This is to certify that on March 7, 2005 via U.S. first class postage paid, the above motion was served upon to the following parties:

TO: Counsel for all defendants, Lewis, Lerner and Zdanys
M. J. Macarthy
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141


TO: Counsel for plaintiffs Galen Institute and Sandra Lattanzio
Thomas A. Amato
357 East Center Street
Manchester, CT 06040

Plaintiff,
JAMES LATTANZIO pro se