UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, AT EL PLAINTIFFS ) ) ) | CASE NO. 3:02-CV-1637 (JCH) |
| v. ) ) ) ) | MOTION IN SUPPORT OF PLAINTIFFS GALEN AND S. LATTANZIO'S OBJECTION TO MOTION FOR SUMMARY |
| VALERIE LEWIS, AT EL DEFENDANTS ) ) | APRIL 29, 2005 |

**FILED**
2005 APR 29 P 2: 49
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Plaintiff Lattanzio now comes before this Court and respectfully files this motion in support of plaintiffs Galen and S. Lattanzio's objection to defendants motion for summary judgment for economy and in lieu of filing an identical objection:

1. That I have met with counsel for plaintiffs, reviewed and assisted in the completion of their objection with supporting brief, affidavit and documents.

2. That I fully agree with and support the plaintiff's opposition to said defense motion.

Plaintiff,
JAMES LATTANZIO pro se

_____
James Lattanzio    c/o
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109
(860) 721-1904

### CERTIFICATION OF SERVICE

This is to certify that on April 29, 2005 via US mail, first class, postage paid, a copy of the above motion for sanctions was served on the following parties:

Office of the Attorney General
M. J. McCarthy
55 Elm Street
Hartford, CT 06141

Thomas A. Amato
357 East Center Street
Manchester, CT 06040
Plaintiff,

JAMES LATTANZIO

_____