UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, *Plaintiffs* | CIVIL ACTION NO. : 3:02 CV-1637(JCH) |
| v. | : |
| VALERIE LEWIS, ET AL *Defendants* | : MAY 9, 2005 |

## MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION BRIEF

The defendants in the above referenced matter move for an extension of time for ten days to reply to the plaintiffs' brief in opposition to defendants' Motion for Summary Judgment. The opposition brief and accompanying papers are dated either April 26 or 29, 2005. These documents were filed in the Court on April 29, 2005, however defendants' counsel received these documents on May 5, 2005. Although notification of the filing was listed on the Pacer website, the defendants' counsel did not receive the exhibits until May 5, 2005 as they were manually filed. This is the first request for an extension of time for filing of the defendant's reply brief. The defendants respectfully request an extension of ten days within which to respond. Despite diligent effort, the defendants cannot ascertain opposing counsel or pro se plaintiff's position.

DEFENDANT

VALERIE LEWIS, COMMISSIONER
DEPARTMENT OF HIGHER
EDUCATION ET. AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:  __/S/ M.J. McCarthy_____
M. J. McCarthy

Assistant Attorney General
Federal Bar No. ct00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385
mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Extension of time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 9th day of May, 2005, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06141

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

                                                       _/S/ M.J. McCarthy_
                                                       M.J. McCarthy
                                                       Assistant Attorney General