UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | :  3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | :  MAY 12, 2005 |

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT
AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)**

Pursuant to Local Rule of Civil Procedure 56(b), the defendants in the above entitled matter hereby attach to this Notice a copy of the notice contained within Local Rule of Civil Procedure 56 and additionally attached copies of both Rule 56 of the Federal Rules of Civil Procedure and of the Local Rules of Civil Procedure.

**THE DEFENDANTS**

BY: /S/ M.J. McCarthy_____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

CERTIFICATION

I hereby certify that a copy of the foregoing Notice was mailed by first class mail postage prepaid on May 12, 2005 to:

Pro Se Plaintiff
James Lattanzio
c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato, Esquire
357 East Center Street
Manchester, CT   06040

/S/ M.J. McCarthy_____
M.J. McCarthy
Assistant Attorney General