# Select A Case

**This person is a party in 7 cases.**

| | | |
|---|---|---|
| [3:01-cv-00180-GLG](#) | Cox Communications v. Lattanzio | filed 02/02/01 |
| [3:01-cv-02110-DJS](#) | CoxCom, Inc v. Lattanzio | filed 11/13/01 |
| [3:02-cv-01444-AWT](#) | Lattanzio, et al v. Labor, et al | filed 08/19/02 |
| [3:02-cv-01637-JCH](#) | Lattanzio, et al v. Higher Education, et al | filed 09/16/02 |
| [3:04-cv-00726-SRU](#) | Lattanzio v. USA et al | filed 04/30/04 |
| [3:04-mc-00160-RNC](#) | American Massage Therapy Assn v. Folkers et al | filed 03/23/04 |
| [3:05-cv-00082-JCH](#) | Lattanzio v. American Massage Therapy Assoc., Inc., (AMTA) et al | filed 01/13/05 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/13/2005 13:14:40 | | | |
| **PACER Login:** | ag0031 | **Client Code:** | |
| **Description:** | Search | **Search Criteria:** | Last Name: Lattanzio First Name: James |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |