UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | : 3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | : MAY 13, 2005 |

**MOTION FOR PERMISSION TO FILE REVISED MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, WITH EXHIBITS AND LOCAL RULE 56 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

The defendants in the above referenced matter move for permission of this Court to file a revised Memorandum of Law in Support of Defendants' Motion for Summary Judgment with Attached Exhibits and a revised Local Rule 56 Statement of material Facts Not in Dispute. As the Court is aware, the plaintiffs have filed a Motion for Sanction because citation were unintentionally omitted from the above referenced documents as in required under the rule 56 of the Federal Rules of Civil Procedure. The addition of these missing citations would assist the Court in locating the documents referred to within the attached exhibits. The defendants apologize for the inconvenience these omissions have caused the Court and the other parties involved in this matter.

1

2

WHEREFORE, the defendants request permission to file the revised documents with the omitted citation inserted..

            DEFENDANTS

            VALERIE LEWIS, COMMISSIONER
            DEPARTMENT OF HIGHER
            EDUCATION ET. AL.

            RICHARD BLUMENTHAL
            ATTORNEY GENERAL

BY:   /S/ M.J. McCarthy_____
       M. J. McCarthy
       Assistant Attorney General
       Federal Bar No. ct00319
       55 Elm Street
       P.O. Box 120
       Hartford, CT  06141-0120
       Tel: (860) 808-5210
       Fax: (860) 808-5385
       mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion for Permission to file Revised was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 13th day of May, 2005, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06141

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109

/S/ M.J. McCarthy_____
M.J. McCarthy
Assistant Attorney General