UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, ET AL, | ) | CIVIL ACTION NO. |
| *Plaintiff* | ) | 3:02 CV-1637(JCH) |
| | ) | |
| v. | ) | |
| | ) | |
| VALERIE LEWIS, ET AL | ) | |
| *Defendants* | ) | MAY 19, 2005 |

## DEFENDANTS' REVISED LOCAL RULE 56(A)1
## STATEMENT OF MATERIAL FACTS NOT IN DISPUTE

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56 (a)(1), the defendants submit that there are no genuine issues to be tried with respect to the following statements of material facts:

1. Galen Institute LLC ("Galen") is a private occupational school in Connecticut that received its initial one year authorization from the State of Connecticut, Department of Higher Education ("DHE") to operate a program training clinical therapeutic aides on or about February 5, 1998. (Aff. of V. Lewis, ¶¶ 4, 5, Attachment 10, p. 1.)

2. DHE is empowered by state law to oversee and regulate the operation of private occupational schools pursuant to Conn. Gen. Stat. §§ 10a-22a through 10a-22x and regulations promulgated thereunder (and their statutory and regulatory predecessors). (Aff. of V. Lewis, ¶¶ 4, 5, Attachment 10, p. 1.)

3. On or about March 17, 1999, Galen obtained a revision to its authorization to also offer an instructional program in massage therapy. (Aff. of V. Lewis, ¶¶ 3, 4, 5, Attachment 10, p. 1.)

4. Later that same year, Galen's authorization was further revised to delete the program for training clinical therapeutic aides. (Aff. of V. Lewis, ¶¶ 3, 4, 5, Attachment, p. 1.)

5. On or about February 5, 2000, DHE renewed Galen's authorization for medical massage therapy training programs for an additional one year period. (Aff. of V. Lewis, ¶¶ 3, 4, 5, Attachment, p. 1.)

6. On or about April 12, 2000, Galen's authorization was revised to include Massage Therapist-New York and Massage Therapy Practitioner. (Aff. of V. Lewis, ¶¶ 3, 4, 5, Attachment, p. 1.)

7. On April 7, 2001, Galen's authorization was revised further to include a branch campus in Stamford, Connecticut. (Aff. of V. Lewis, ¶¶ 3, 4, 5, Ex. C, Attachment, pp. 1, 16-17)

8. On May 2, 2001, an extension of time was granted to Galen for filing the school's annual reviewed or audited financial statements for the period ending December 2000. (Aff. of V. Lewis, ¶ 7, Ex. A, Attachment 10, p. 9.)

9. On or about February 19, 2002, a DHE evaluation team conducted a site visit at Galen's Wethersfield location. (Aff. of P. Santoro, ¶ 20, Ex. I, Attachment 12, pp. 42-56.)

10. On March 1, 2002, DHE sent a letter to Galen outlining the on-site evaluation findings that the school needed to respond to. (Aff. of P. Santoro, ¶ 21, Ex. J, Attachment 12, pp. 57-63.)

11. On March 19, 2002, a further site visit at the Stamford branch was conducted. (Aff. of P. Santoro, ¶ 23, Ex. K, Attachment 12, pp. 64-71.)

12. On or about March 20, 2002, Galen sent a letter to DHE purporting to respond to the evaluation findings of the February 19, 2002 visit. (Aff. of P. Santoro, ¶ 25, Ex. L, Attachment 12, pp. 72-73.)

13. On or about March 25 and 26, 2002, the Commission On Massage Therapy Accreditation ("COMTA"), a national accrediting organization recognized by the United States Department of Education, conducted an accreditation visit at Galen in connection with Galen's efforts to attain national accreditation. (Aff. of P. Santoro, ¶ 26, Ex. N, Attachment 12, p. 81.)

14. Two DHE staff members, Thomas Tynan and Brenda Lerner, were present for March 25, 2002 visit. (Aff. of B. Lerner, ¶ 24, Attachment 9, pp. 1-5; Aff. of T. Tynan, ¶ 6, Attachment 13, pp. 1-4.)

15. At the March 25, 2002 visit, the DHE staff members reviewed student files. (Aff. of B. Lerner, ¶ 2, Attachment 9, pp. 1-5; Aff. of T. Tynan, ¶ 7-11, Attachment 13, pp. 1-4.)

16. On or about April 5, 2002, DHE issued to Galen a Probationary Certificate of Authorization for a ninety day period with an accompanying letter. (Aff. of J. Zdanys, ¶ 19, Ex. D, Attachment 15, p. 26; Aff. of P. Santoro, ¶ 30, Attachment 12, p. 5.)

17. On April 25, 2002, Mr. Lattanzio made a formal complaint to the Board of Governors of Higher Education. (Aff. of Valerie Lewis, ¶ 10, Ex. G, Attachment 10, pp. 30-33.)

18. On June 5, 2002, Galen responded to DHE's letter of April 5, 2002. (Aff. of P. Santoro, ¶ 31, Attachment 12, p. 5; Aff. of J. Zdanys, ¶ 20, Ex. E, Attachment 15, pp. 32-46.)

19. On June 25, 2002, DHE responded to Galen's June 5, 2002 letter, stating that all conditions for authorization had not been met. (Aff. of J. Zdanys, ¶ 21, Ex. F, Attachment 15, p. 48.)

20. On July 29, 2002, Galen responded to DHE's letters of April 5, 2002 and June 25, 2002. (Aff. of J. Zdanys, ¶ 22, Ex. G, Attachment 15, p. 49.)

21. On August 22, 2002, DHE sent a letter to Galen stating that the July 29, 2002 letter did not address the issues outlined in the DHE's letters. (Aff. of J. Zdanys, ¶ 23, Ex. H, Attachment 15, pp. 50-51.)

22. On October 15, 2002, DHE sent a letter to Galen restating DHE's request for a response to the August 22, 2002 letter. (Aff. of J. Zdanys, ¶ 24, Ex. I, J, Attachment 15, pp. 52, 53-54.)

23. On October 31, 2002, Galen responded to DHE's letter of October 15, 2002, outlining steps taken to verify attendance and providing evidence of the same. (Aff. of J. Zdanys, ¶ 25, Ex. K, Attachment 15, pp. 55-66.)

24. On November 12, 2002, DHE sent Galen a letter seeking verification of information outlined in the October 31, 2002 letter and scheduling a site visit. (Aff. of J. Zdanys, ¶ 26, Ex. K, Attachment 15, pp. 55-66.)

25. On December 5, 2002, DHE staff members, Pat Santoro and Yuhang Rong conducted a site visit at Galen to review student records and verify implementation of forms for attendance. (Aff. of P. Santoro, ¶ 43, Ex. X,

        Attachment 12, pp. 302-313; Aff. of J. Zdanys, ¶ 28, Attachment 15, Ex. L. pp. 67-68.)

26. On December 11, 2002 DHE sent a letter to Galen issuing a new Certificate of Authorization without probationary status valid until February 4, 2003. (Aff. of J. Zdanys, ¶ 28, Ex. M, Attachment 15, pp. 69-75.)

27. The December 11, 2002 authorization was issued until February 4, 2003. (Aff. of J. Zdanys, ¶ 28, Ex. M, Attachment 15, pp. 69-75.)

        DEFENDANTS

        VALERIE LEWIS, COMMISSIONER
        DEPARTMENT OF HIGHER
        EDUCATION ET. AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:   /s/_____
        M.J. McCarthy
        Assistant Attorney General
        Federal Bar No. ct00319
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5210
        Fax: (860) 808-5385
        mj.mccarthy@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing *Defendants' Revised Local Rule 56(A)1 Statement of Material Facts Not In Dispute* was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of May, 2005, first class postage prepaid to:

Thomas A. Amato, Esquire
357 East Center Street
Manchester, CT  06040

James J. Lattanzio, Jr.
Galen Institute, LLC
1025 Silas Deane Highway
Wethersfield, CT  06109


　　　　　　　　　　　　　　　　　　　　　　　　　 /s/
　　　　　　　　　　　　　　　　　　　　　　　　M.J. McCarthy
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

2