# DEFENDANTS' SUMMARY JUDGMENT

# LIST OF ATTACHMENTS

# (REVISED)

**Attachment 1**   Excerpts of Deposition Transcript, James Lattanzio, pages 1-18

**Attachment 2**   Excerpts of Deposition Transcript, Sandra Lattanzio, pages 1-10

**Attachment 3**   Excerpts of Deposition Transcript, Brenda Lerner, pages 1-23

**Attachment 4**   Excerpts of Deposition Transcript, Valerie Lewis, pages 1-44

**Attachment 5**   Excerpts of Deposition Transcript, L. Carole Woodbury, pages 1-5

**Attachment 6**   Excerpts of Deposition Transcript, Jonas Zdanys, pages 1-70

**Attachment 7**   Affidavit of Scott Ciecko, pages 1-2

    Exhibit A   Findings from Galen Institute Financial Statements / Quarterly Net Tuition forms, pages 3-4

**Attachment 8**   Affidavit of Shirley Cooper, pages 1-2

    Exhibit A   Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*, page 3
Connecticut Department of Higher Education, *Nonconflict of Interest Statement and Affidavit Evaluation Team Member*, 3/12/2001, page 4
    Exhibit B   Letter to S. Cooper from P. Santoro, 2/27/2001, page 5
    Exhibit C   Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001, pages 6-12

**Attachment 9**   Affidavit of Brenda Lerner, pages 1-5

    Exhibit A   Position Description for Senior Associate, Private Occupational School Approval and Reg. Conn. State Agency §§ 10a-22k-4 and 10a-22k-5, pages 6-9
    Exhibit B   Letter to J. Lattanzio from V. Lewis, 5/2/2001, page 10
Letter to J. Lattanzio from V. Lewis, 5/8/2002, pages 11-13
    Exhibit C   Memorandum to B. Lerner from P. Santoro, 2/27/2001
*Nonconflict of Interest Statement and Affidavit Evaluation Team Member*, 3/19/2001, pages 14-18

| | |
|---|---|
| Exhibit D | Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001, pages 19-28 |
| Exhibit E | Letter to J. Lattanzio from B. Lerner, 4/26/2001 and attachments, pages 29-39 |
| Exhibit F | Letter to B. Lerner from J. Lattanzio, 4/30/2001, page 40 |
| | Letter to T. Jacob from J. Lattanzio, 4/30/2001, page 41 |
| Exhibit G | Letter to J. Lattanzio from B. Lerner, 7/17/2001, page 42 |
| Exhibit H | Connecticut Department of Higher Education, *Evaluation Checklist*, 2/19/2002, pages 43-53 |
| Exhibit I | Connecticut Department of Higher Education, *Evaluation Checklist*, 3/19/2002, pages 54-63 |
| Exhibit J | Galen Institute Attendance (redacted version) |
| | Findings from 3/25/2002 records review at Galen Institute |
| | Findings, Records of 29 graduates examined, pages 64-67 |
| Exhibit K | Letter to J. Lattanzio from B. Lerner, 10/16/2002, page 68 |
| Exhibit L | Letter to J. Lattanzio from B. Lerner, 2/3/2003, page 69 |
| **Attachment 10** | **Affidavit of Valerie Lewis, pages 1-4** |
| | Blank Pages 5-8 |
| Exhibit A | Letter to J. Lattanzio from V. Lewis, 5/2/2001, page 9 |
| Exhibit B | Letter to J. Lattanzio from V. Lewis, 5/8/2002 with attachments, pages 10-12 |
| Exhibit C | Letter to D. Pitts from V. Lewis, 5/18/2001, page 13 |
| | Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute, Wethersfield, 2/5/2001, page 14 |
| | *Certification of Authorization*, Galen Institute, Wethersfield, 2/5/2001 |
| | Connecticut Department of Higher Education, *Listing of Approved*, page 15 |
| | *Programs & Courses*, Galen Institute, Stamford, 2/5/2001, page 16 |
| | *Certification of Authorization*, Galen Institute, Stamford, 2/5/2001, page 17 |
| Exhibit D | *Certification of Authorization (Probationary)*, Galen Institute, Wethersfield, 4/5/2002, pages 18-19 |
| Exhibit E | Memorandum to A. Vertefeuille from V. Lewis, 5/2/2002 with attachments, pages 20-23 |
| Exhibit F | Letter to D. Pitts from V. Lewis, 6/25/2002, page 24 |
| | *Certification of Authorization (Probationary),* Galen Institute, Wethersfield, 7/4/2002, page 25 |
| | *Certification of Authorization (Probationary),* Galen Institute, Stamford, 7/4/2002, page 26 |
| | Connecticut Department of Higher Education, *Listing of Approved Programs & courses,* Galen Institute, Wethersfield, 7/4/2002, page 27 |
| | Connecticut Department of Higher Education, *Listing of Approved Programs & Courses,* Galen Institute, Stamford 7/4/2002, page 28 |
| | Conditions of Authorization and Program Approval, page 29 |

Exhibit G    Memorandum to D. Jones from V. Lewis, 8/26/2002 with attachments, pages 30-33
Exhibit H    Letter to D. Pitts from V. Lewis, 12/11/2002, page 34
Connecticut Department of Higher Education, *Listing of Approved Programs & courses,* Galen Institute, Wethersfield, 12/5/2002, page 35
Connecticut Department of Higher Education, *Listing of Approved Programs & Courses,* Galen Institute, Stamford, 12/5/2002, page 36
*Certification of Authorization,* Galen Institute, Wethersfield, 12/5/2002, page 37
*Certification of Authorization,* Galen Institute, Stamford, 12/5/2002, page 38
Exhibit I    Letter to J. Lattanzio from V. Lewis, 1/16/2003, pages 39-40
Exhibit J    Letter to D. Pitts from V. Lewis, 3/5/2003, page 41
Connecticut Department of Higher Education, *Listing of Approved Programs & Courses,* Galen Institute, Wethersfield, 2/5/2003, page 42
Connecticut Department of Higher Education, *Listing of Approved Programs & Courses,* Galen Institute, Stamford, 2/5/2003, page 43
*Certification of Authorization,* Galen Institute, Wethersfield, 2/5/2003, page 44
*Certification of Authorization,* Galen Institute, Stamford, 2/5/2003, page 45
Exhibit K    Correspondence – Issues of Non-Compliance for Multiple Programs, pages 46-47
*All Care Medical Training 1999,* pages 48-51
*Certification Center 2001,* pages 52-55
*Compusoft Systems 2002-2003,* pages 56-83
*Dent-Temp 1998,* pages 84-90
*Educational Training Institute of Hamden 1997,* pages 91-101
*Global Training Center 2001,* pages 102-106
*Huntington Institute 2001,* pages 107-135
*Institute of Allied Medical Professions 2002*, pages 136-140
*New Horizons Learning Center 2001-2003,* pages 141-167
*North East Computer Training Center 2001*, pages 168-171
Exhibit L    Written complaints received by the Department of Higher Education Between 1999 and May 18, 2002 (redacted version)
*MM,* pages 172-189
*VC,* pages 190-200
*TY,* pages 201-210
*AC,* pages 211-216
*EC,* pages 217-228
*SJ,* pages 229-241
*SK,* pages 242-257
*LS,* pages 258-262

**Attachment 11**   **Affidavit of Yuhang Rong, pages 1-2**

    Exhibit A    Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*, 1/31/2003, pages 3-4
    Exhibit B    Memorandum to Y. Rong from P. Santoro, 1/28/2003, pages 5-7
                    Letter to Y. Rong from P. Santoro, 2/10/2003, page 8
    Exhibit C    Connecticut Department of Higher Education, *Evaluation Checklist*, 2/6/2003, pages 9-16

**Attachment 12**   **Affidavit of Patricia Santoro, pages 1-8**

    Exhibit A    Position Description for Senior Associate, Private Occupational School Approval, page 9
    Exhibit B    Letter to D. Pitts from P. Santoro, 2/27/2001, pages 10-14
    Exhibit C    Letter to P. Santoro from J. Lattanzio, 1/30/2001, page 15
    Exhibit D    Letter to D. Pitts from P. Santoro, 4/4/2001, pages 16-20
    Exhibit E    Connecticut Department of Higher Education, *Evaluation Checklist*, 3/20/2001, pages 21-28
    Exhibit F    Letter to P. Santoro from J. Lattanzio, 4/20/2001, pages 29-31
    Exhibit G    Memorandum to B. Lerner from P. Santoro, 1/29/2002, pages 32-34
    Exhibit H    Letter to D. Pitts from P. Santoro, 1/29/2002, pages 35-41
    Exhibit I    Connecticut Department of Higher Education, *Evaluation Checklist, P. Santoro, 2/19/2002*, pages 42-56
    Exhibit J    Letter to D. Pitts from P. Santoro, 3/1/2002 with attachments, pages 57-63
    Exhibit K    Connecticut Department of Higher Education, *Evaluation Checklist*, 3/18/2002, pages 64-71
    Exhibit L    Letter to P. Santoro from J. Lattanzio, 3/20/2002, pages 72-73
    Exhibit M    Letter to J. Lattanzio from P. Santoro, 4/3/2002, pages 74-80
    Exhibit N    Letter to P. Santoro from C. Ostendorf, 3/25/2002, page 81
    Exhibit O    Letter to D. Pitts from P. Santoro, 8/19/2002, page 82
    Exhibit P    [NO EXHIBIT P]
    Exhibit Q    Commission on Massage Therapy Accreditation, On-Site Report-Galen Institute, LLP, Visit 3/25-26/2002, pages 83-127
    Exhibit R    Response to Onsite Report, J. Lattanzio, 5/2002, pages 128-136
    Exhibit S    DHE List of Complaints, 3/16/1999 – 2/10/2004 (redacted version), pages 137-140
    Exhibit T    Written log of telephone or verbal complaints, pages 141-170
    Exhibit U    Connecticut Department of Higher Education, *Student Questionnaire*, 3/20/2001, pages 171-208
    Exhibit V    Connecticut Department of Higher Education, *Student Questionnaire,* 3/20/2001, pages 209-248
    Exhibit W    Connecticut Department of Higher Education, *Student Questionnaire*, 2/19/2002, pages 249-301
    Exhibit X    Evaluation documents, 12/5/2002, pages 302-313
    Exhibit Y    Letter to J. Lattanzio from S. Carragher, 5/28/2002, page 314

    Exhibit Z    Letter to P. Santoro from C. Ostendorf, 5/5/2003, pages 315-321

**Attachment 13    Affidavit of Thomas Tynan, pages 1-4**

    Exhibit A    Galen Institute Attendance, pages 5-6
    Exhibit B    Findings from 3/25/2002 records review at Galen Institute, pages 7-8
    Exhibit C    Letter to J. Lattanzio from T. Tynan, 11/12/2002, pages 9-10

**Attachment 14    Affidavit of Valerie Voner, pages 1-4**

    Exhibit A    Letter to V. Voner from P. Santoro, 1/29/2002, pages 5-9
                   Connecticut Department of Higher Education, *Nonconflict of Interest Statement and Affidavit Evaluation Team Member*, 2/14/2002, page 10
                   Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form*, page 11
    Exhibit B    Letter to V. Voner from P. Santoro, 1/28/2003, pages 12-14
                   Connecticut Department of Higher Education, *Nonconflict of Interest Statement and Affidavit Evaluation Team Member,* page 15
                   Connecticut Department of Higher Education, *Evaluation Team Member Qualification Form,* page 16
    Exhibit C    Connecticut Department of Higher Education, *Evaluation Checklist*, 2/19/2002, pages 17-26
    Exhibit D    Connecticut Department of Higher Education, *Evaluation Checklist*, 2/6/2003, pages 27-34

**Attachment 15    Affidavit of Jonas Zdanys, pages 1-5**

    Exhibit A    Letter to D. Pitts from P. Santoro, 4/4/2001, pages 6-10
                   2 Department of Higher Education, Student Questionnaire, pages 11-12
                   Letter to P. Santoro from J. Lattanzio, 4/20/2001, pages 13-15
    Exhibit B    Letter to D. Pitts from J. Zdanys, 5/18/2001, pages 16-17
                   Conditions of Authorization and Program Approval, page 18
    Exhibit C    Letter to D. Pitts from P. Santoro, 3/1/2002, pages 19-23
                   Letter to P. Santoro from J. Lattanzio, 3/20/2002, pages 24-25
    Exhibit D    Letter to D. Pitts from J. Zdanys, 4/5/2002, page 26
                   Letter to D. Pitts from V. Lewis, 4/5/2002, page 27
                   Conditions of Authorization and Program Approval, page 28
                   Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute, Wethersfield, 4/5/2002, page 29
                   Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute (Branch), Stamford, 4/5/2002, page 30

|  |  |
|---|---|
|  | *Certification of Authorization (Probationary)*, Galen Institute, Wethersfield, 4/5/2002, page 31 |
| Exhibit E | Letter to J. Zdanys from J. Lattanzio, 6/5/2002, pages 32-41 |
|  | Affidavit of Donna Pitts, 6/3/2002, pages 42-43 |
|  | Affidavit of Marge Hickey, 6/3/2002, pages 44-45 |
|  | Affidavit of Terrance R. A. Jacob, 6/5/2002, page 46 |
|  | State of Connecticut, Department of Public Health, Massage Therapy Verification of Course of Study, page 47 |
| Exhibit F | Letter to D. Pitts from J. Zdanys, 6/25/2002, page 48 |
| Exhibit G | Letter to J. Zdanys from J. Lattanzio, 7/29/2002, page 49 |
| Exhibit H | Letter to D. Pitts from J. Zdanys, 8/22/2002, pages 50-51 |
| Exhibit I | Letter to J. Zdanys from J. Lattanzio, 9/5/2002, page 52 |
| Exhibit J | Letter to D. Pitts from J. Zdanys, 10/15/2002, pages 53-54 |
| Exhibit K | Letter to J. Zdanys from J. Lattanzio, 10/31/2002, pages 55-56 |
|  | Brochure *Financing Your Tuition,* pages 57-58 |
|  | Galen Institute, Attendance Form, Massage Therapy Training Program, page 59 |
|  | Galen Institute, Student Attendance Record, page 60 |
|  | Student Hours Needed For Completion Of Program, page 61 |
|  | Class Makeup Form, page 62 |
|  | Tutorial Form #1, page 63 |
|  | Tutorial Form #2, page 64 |
|  | Galen Institute, Enrollment Agreement, pages 65-66 |
| Exhibit L | Letter to D. Pitts from J. Zdanys, 11/12/2002, pages 67-68 |
| Exhibit M | Letter to D. Pitts from J. Zdanys, 12/11/2002, page 69 |
|  | Letter to D. Pitts from V. Lewis, 12/11/2002, page 70 |
|  | Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute (Branch), Stamford, 12/5/2002, page 71 |
|  | Connecticut Department of Higher Education, *Listing of Approved Programs & Courses*, Galen Institute (Branch), Stamford, 12/5/2002, page 72 |
|  | *Certification of Authorization,*, Galen Institute, Wethersfield, 12/5/2002, page 73 |
|  | *Certification of Authorization,*, Galen Institute (Branch), Stamford, 12/5/2002, pages 74-75 |
| Exhibit N | Position Description for Associate Commissioner: Academic Affairs, page 76 |

**Attachment 16**   Excerpts from *Plaintiff Sandra Lattanzio Answer To Defendants' First Set Of Interrogatories And Request For Production*, April 25, 2003, pages 1-5

**Attachment 17**   Excerpts from *Defendant Lerner's Amended Response To Plaintiff Lattanzio's Request To Admit*, November 18, 2004, pages 1-4

**Attachment 18**   *Memorandum of Decision: Motion to Dismiss*, State of Connecticut, Office of the Claims Commissioner, Claim No. 19824, Sandra J. Lattanzio, December 26, 2003, pages 1-3
*Memorandum of Decision: Motion to Dismiss*, State of Connecticut, Office of the Claims Commissioner, Claim No. 19823, James J. Lattanzio, December 26, 2003, page 4
*Memorandum of Decision: Motion to Dismiss*, State of Connecticut, Office of the Claims Commissioner, Claim No. 19822, Galen Institute, LLC,   December 26, 2003, page 5