UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC, ET AL, | ) | CIVIL ACTION NO. 3:02cv1637(JCH) |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VALERIE LEWIS, ET AL. | ) | |
| *Defendants* | ) | MAY 19, 2005 |

## NOTICE OF MANUAL FILING

Please take notice that Defendants, Valerie Lewis, et al, have manually filed the following documents

   Attachments 1 – 18 to the *Defendants' Motion For Summary Judgment*
   (Revised – page numbers added)

These documents have not been filed electronically because

[ ]   the document of thing cannot be converted to an electronic format
**[xx]**   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents or things have been manually served on all parties.

Respectfully submitted,

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:   ____/s/_____
M.J. McCarthy, Assistant Attorney General
Office of the Attorney General
Federal Bar No. ct. 09031
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.:  (860) 808-5210
Fac.:  (860) 808-5385
Email: mj.mccarthy@po.state.ct.us