UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 26  P 12: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GALEN INSTITUTE, AT EL<br>PLAINTIFFS | ) CASE NO. 3:02-CV-1637 (JCH)<br>)<br>) MOTION FOR STATUS |
| v. | ) CONFERENCE TO BE<br>) CONDUCTED BY<br>) PHONE |
| VALERIE LEWIS, AT EL<br>DEFENDANTS | )<br>) MAY 25, 2005 |

Plaintiff Lattanzio now comes before this Court and respectfully requests that this Court order all parties to participate and then schedule a status conference via phone. That at said conference; the parties discuss the status of certain issues, motions and filings currently before this Court. That any problems or concerns, which cannot be mutually resolved, be resolved by Court order.

Plaintiff,
JAMES LATTANZIO pro se

_____
James Lattanzio    c/o
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109
(860) 721-1904

## CERTIFICATION OF SERVICE

This is to certify that on May 25, 2005 via US mail, first class, postage paid, a copy of the above motion was served on the following parties:

Office of the Attorney General
M. J. McCarthy
55 Elm Street
Hartford, CT 06141

Thomas A. Amato
357 East Center Street
Manchester, CT 06040

Plaintiff,
JAMES LATTANZIO

_____