UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 MAY 26  P 12: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| GALEN INSTITUTE, AT EL<br>PLAINTIFFS | CASE NO. 3:02-CV-1637 (JCH) |
| v. | OBJECTION TO DEFENDANTS<br>LEAVE TO FILE A REVISED<br>MOTION FOR SUMMARY<br>JUDGMENT |
| VALERIE LEWIS, AT EL<br>DEFENDANTS | MAY 25, 2005 |

Plaintiff Lattanzio now comes before this Court and respectfully objects to the defendants motion for leave to file a revised motion for summary judgment and represents the following:

1. This Court clearly ordered defendants counsel to file any motion for summary judgment by February 7, 2005, after defendants missed the October 31 2004 Court ordered deadline.

2. The Court furthered ordered that said defense summary motion be complete with all appropriate law included.

3. Defendants then filed an incomplete motion for summary on February 7.

4. Defendants then filed on February 15 a supplement "annotation" to their February 7 motion claiming that omitted exhibits were "inadvertently" left in a collator.

5. Plaintiffs were granted an extension until April 29 2005, to file their opposition.

6. Plaintiffs filed an opposition on April 29, 2005.

7. On April 29 2005, this plaintiff (Lattanzio) filed a motion for sanctions because the defense motion for summary was not in compliance with the Local rules, claiming that there were page and line citations omitted, there were miss marked exhibits and

defendants failed to comply with LR 56 b, which in effect made the summary costly to review and answer and would also cause delays at the Court level.

8. On May 13, 2005 defendants filed a "response" to plaintiffs motion for sanctions by submitting the two necessary LR 56 a and b statements that it had failed to file on February 7 and a motion for leave to file a revised motion for summary.

9. This plaintiff, received the two revised LR 56 a and b statements but has not received nor has counsel for plaintiff Galen Institute received the May 13 defense motion for leave to revise.

10. On May 24 counsel for plaintiff Galen Institute received defendants revised motion for summary judgment.

The Attorney General of the State of CT, counsel for these defendants, has time and time again been given an extremely large amount of consideration and reconsideration by this Court yet they continue to disregard this Courts orders and the rules of civil procedure. They have caused much delay and continue to do so. They now want the plaintiff to incur the legal costs to re-read their "revised" motion for summary, after they have had an ample opportunity to review plaintiff's opposition, (another bite of the apple), all this because they again disregarded the Courts order and did not follow the Federal or Local rules of procedure (inadvertently).

This plaintiff is praying for relief from this Court. The Attorney General of the State of CT has a 26 million dollar budget and hundreds of attorneys and paralegal staff. They have access to any information in the world and all State resources. The actual three defendants have not had to spend one dime out of their pockets, where the plaintiffs have spent tens of thousands and now will have to spend more. The delays have gone

on for years and still continue. This conduct by the Attorney General of the State of CT is inexcusable. How can the Attorney General of the State of CT not be able to read and then comprehend (or follow) the Federal or Local Rules of procedure, (inadvertently). How can the Attorney General of the State of CT just disregard the orders of a United States District Judge. In all fairness, the defendants should not be entitled to any further considerations past the second Court order, ordering them to file their summary by February 7, 2005, which they obviously have not. I pray for relief.

Plaintiff,
JAMES LATTANZIO pro se

_____
James Lattanzio   c/o
Galen Institute
1025 Silas Deane Highway
Wethersfield, CT 06109
(860) 721-1904

## CERTIFICATION OF SERVICE

This is to certify that on May 25, 2005 via US mail, first class, postage paid, a copy of the above motion for sanctions was served on the following parties:

Office of the Attorney General
M. J. McCarthy
55 Elm Street
Hartford, CT 06141

Thomas A. Amato
357 East Center Street
Manchester, CT 06040

Plaintiff,
JAMES LATTANZIO

_____