**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | 3:02 CV-1637(JCH) |
| v. | |
| VALERIE LEWIS, ET AL | |
| *Defendants* | JUNE 14, 2005 |

## DEFENDANTS OBJECTION TO THE PLAINTIFF LATTANZIO'S MOTION FOR STATUS CONFERENCE

The defendants in the above entitled matter object to co-plaintiff Lattanzio's Motion for Status Conference. The plaintiff Lattanzio has not conferred with the defendants to inform them of the substance of this conference, therefore, the defendants are unclear as to the nature of this conference. As the matter stands now, discovery has been completed, a Motion for Summary Judgment has been filed with all of the briefs submitted, and is pending before this Court. There is also an outstanding Motion for Sanctions pending before this Court. The plaintiff indicated in his motion that parties can "discuss the status of certain issues, motions and filings currently before this Court". Unless the defendants know the general substance of the proposed conference, the defendants object to this Motion as being inappropriate.

WHEREFORE, the defendants respectfully request that this court deny the Motion for Status Conference.

**THE DEFENDANTS**

BY: /S/ M.J. McCarthy_____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

## CERTIFICATION

I hereby certify that a copy of the foregoing Objection to the Motion For Status Conference was mailed by first class mail postage prepaid on June 14, 2005 to:

James Lattanzio
c/o Galen Institute
1025  Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

      /S/ M.J. McCarthy
      M.J. McCarthy
      Assistant Attorney General