UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES LATTANZIO, INDIVIDUALLY
& GALEN INSTITUTE LLC, ACTNG BY
JAMES LATTANZIO, ITS SOLE MEMBER,
SANDRA LATTANZIO, INDIVDUALLY

V                                                      3:02cv1637JCH

CONNECTICUT DEPARTMENT OF HIGHER
EDUCATION (DHE); VALERIE LEWIS,
COMMISSIONER, DHE, AND INDIVIDUALLY;
JONAS ZDANYS, ASSOCIATE COMMISSIONER
FOR ACADEMIC AFFAIRS, DHE, AND INDIVIDUALLY,
BRENDA LERNER, SENIOR ASSOCIATE ACADEMIC
AFFAIRS, DHE AND INDIVIDUALLY

J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a

result of the defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on

September 28, 2005, entered a Ruling on Defendants' Motion for Summary Judgment, granting the

defendants' motion. On July 7, 2003, the Court issued a ruling dismissing the defendants in their

official capacity

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and

the case is closed.

Dated at Bridgeport, Connecticut, this 30th   day of September,  2005.

KEVIN F. ROWE, Clerk

By _____/s/Catherine Boroskey_____
                Deputy Clerk

Entered on Docket _____