UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GALEN INSTITUTE, LLC, ET AL.          :
       Plaintiffs,                          :
                                 :          CIVIL ACTION NO.
v.                                                   :          3:02-cv-1637 (JCH)
                                 :
VALERIE LEWIS, ET AL.,                    :
       Defendants.                          :          OCTOBER 7, 2005

## RULING RE:  MOTION FOR SANCTIONS [DKT. NO. 91]

The plaintiff, James Lattanzio, moves this court for sanctions to be awarded against defendants on two grounds.  First, on the grounds that the defendants had failed to serve a pro se notice upon Mr. Lattanzio, who does appear in this action pro se.  That notice is called for under Local Rule 56.  Defendants did fail to serve that Local Rule 56 notice on the plaintiff.  However, the defendants, in an objection dated May 13, 2005, represented that on May 12, 2005, the defendants did mail a notice to the pro se litigant pursuant to Local Rule 56(b).  Mr. Lattanzio acknowledged that in a subsequent filing, Objection to Defendants' Leave to File a Revised Motion for Summary Judgment, at p. 4 [Dkt. No. 101].

The second grounds for the Motion for Sanctions was that the defendants' Local Rule 56(a) Statement failed to comply with subsection 3 of that Rule which states that "each statement of material fact by a movant . . . must be followed by a specific citation."  Again, defendants acknowledge in their response that they failed to comply with the Rule, but requested leave to file an amended Local Rule 56(a) Statement, which the court allowed, and which the court referred to in its consideration of the Motion for Summary Judgment.

Given that the defendants appear to have failed to comply with Local Rule 56 through oversight, and not intent, and given that they cured their shortcomings as soon as they were brought to their attention, the court denies the Motion for Sanctions.

**SO ORDERED.**

Dated this 7th day of October, 2005, at Bridgeport, Connecticut.


/s/ Janet C. Hall
Janet C. Hall
United States District Court Judge