# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

Galen Institute, ET AL

2005 NOV -9 P 2: 08

v.   CIVIL CASE NO. 3:02 CV 1637 (JCH)

U.S. DISTRICT COURT
BRIDGEPORT CONN

Valerie Lewis, ET AL

## MOTION FOR AN EXTENSION OF TIME TO FILE A NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(5), __Plaintiffs__ respectfully requests leave
(appealing party)
to file the within notice of appeal out of time. __Plaintiffs__ desires to appeal
(appealing party)
the judgment in this action entered on __Oct. 3__, but failed to file a notice of appeal

within the required number of days because: Counsel and Pro se plaintiff did not receive any copy of such notice of jugment.

**EXPLAIN HERE THE "EXCUSABLE NEGLECT" OR "GOOD CAUSE" WHICH LED TO YOUR FAILURE TO FILE A NOTICE OF APPEAL WITHIN THE REQUIRED NUMBER OF DAYS.**

Pro Se plaintiff Lattanzio and counsel for Galen just became aware of jugment and the entry of such. Counsel, Thomas A. Amato did not receive any mailing of such order. Plaintiffs will complete and file notice by Nov 15.

_[Signature]_
**Signature**

Pro Se plaintiff, James Lattanzio
**Print Name**

344 Scotland Road

Windham, CT 06280
**Address**

Date: Nov. 7, 2005          860.423.8707
**Telephone Number**

Note: You may file this form, together with a copy of Form 1,[Notice of Appeal] if you are seeking to appeal a judgment and did not file a copy of Form 1[Notice of Appeal] within the required time. These forms must be received in the Office of the Clerk of the U.S. District Court no later than 30 days after the expiration of the time prescribed by Rule 4(a) FRAP.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GALEN INSTITUTE, LLC;<br>JAMES J. LATTANZIO, JR;<br>SANDRA J. LATTANZIO;<br>PLAINTIFFS | )<br>)<br>)<br>) | CASE NO. 3:02-CV-1637 (JCH)<br><br>PLAINTIFF'S<br>CERTIFICATION |
| v. | )<br>)<br>) | |
| VALERIE LEWIS;<br>BRENDA LERNER; | )<br>) | |

### CERTIFICATION OF SERVICE

This is to certify that on November 7, 2005 via U.S. first class postage paid, the attached motion for extension to file notice of appeal was served upon to the following:

TO: Counsel for all defendants, Lewis, Lerner and Zdanys
M. J. McCarthy
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06141


TO: Counsel for plaintiffs Galen Institute and Sandra Lattanzio
Thomas A. Amato
357 East Center Street
Manchester, CT 06040


Plaintiff,
JAMES LATTANZIO, pro se