UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, | CIVIL ACTION NO. |
| *Plaintiffs* | :   3:02 CV-1637(JCH) |
| | : |
| v. | : |
| | : |
| VALERIE LEWIS, ET AL | |
| *Defendants* | :   NOVEMBER 16, 2005 |

### DEFENDANTS' OBJECTION TO THE PLAINTIFF LATTANZIO'S MOTION FOR EXTENSION OF TIME TO FILE AN APPEAL

The defendants in the above matter object to plaintiff James Lattanzio's (hereinafter "Lattanzio") Motion for an Extension of Time to File an Appeal.  The Court granted the defendants' Motion for Summary Judgment on September 28, 2005.  Judgment entered on September 30, 2005.

Having missed the deadline for filing an appeal, Lattanzio now requests that the Court grant him an extension of time to file an appeal.  Lattanzio asserts that he needs an extension because he and counsel for Galen "just became aware of the entry "of judgment.  Lattanzio further claims that Attorney Amato did not receive a mailing reflecting entry of judgment.]

The Motion for Extension of time should be denied for the following reasons:

1. This matter has been pending before this Court since September 2002.  This Court has consistently noticed all pro se parties and counsel via e-mail.  In all of that time, there has been no complaint of failure to receive any orders or docketing information from the Court.

2. Galen Institute, LLC and Sandra Lattanzio are represented by Attorney Thomas Amato.  Lattanzio does not represent those parties and has no authority to move or make representations to the Court on their behalf.

3. Lattanzio has failed to file an affidavit with his motion explaining why he purportedly "just became aware of the entry of" judgment. The judgment was signed by Judge Hall on September 30, 2005 and entered into the "Pacer" system on October 3, 2005. Lattanzio uses the October 3, 2005 as the judgment date on his Motion for an Extension. The plaintiff's appeal was thus due in court on October 31, 2005. Lattanzio, although a pro se litigant, has extensive experience in federal and state litigation as reflected in the attached list of pending litigation. Lattanzio knew or should have known that when the district court grants a motion disposing of al issues in a case, entry of judgment will follow in short order. Waiting until November 7, 2005 to determine whether judgment has entered is inexcusable.

4. While as noted, Lattanzio has no authority to speak for Attorney Amato's clients, not only has Mr Amato failed to file or sign any motion, there is no affidavit from Mr. Amato attesting to the representation made in Lattanzio's motion recounting the purported lack of notice of judgment.

5. Lattanzio alleges in his motion that the plaintiffs and counsel for Galen and Sandra Lattanzio just became aware of the judgment entered on September 30, 2005. There is no assertion as to why the parties purportedly did not receive notification.

6. Fed. R. Civ. P. 6(b) requires that the moving party show "excusable neglect" to justify the granting of an extension of a deadline after the deadline has run[1]. The motion fails to assert, let alone attest to any such excusable neglect.

---

[1] Fed. R. Civ. P. 6(b) provides, in pertinent part: "[w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at any time in its discretion . . . (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect."

7.  The defendants have not yet received a hard copy of the motion as required under Fed. R. Civ. P. 5(d).

8.  The defendants would be unduly prejudiced by granting the motion.

WHEREFORE, the defendants respectfully request that this Court deny the Motion for an Extension of Time to File an Appeal.

**THE DEFENDANTS**

BY: /S/ M.J. McCarthy_____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

CERTIFICATION

I hereby certify that a copy of the foregoing Objection to the Motion for an Extension of Time to file An Appeal was mailed by first class mail postage prepaid on November 16, 2005 to:

James Lattanzio
c/o Galen Institute
1025 Silas Deane Highway
Wethersfield, CT   06109

Thomas Amato
357 East Center Street
Manchester, CT   06040

        /S/ M.J. McCarthy_____
        M.J. McCarthy
        Assistant Attorney General