UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL. : | |
|     Plaintiffs, : | |
| : | CIVIL ACTION NO. |
| v. : | 3:02-cv-1637 (JCH) |
| : | |
| VALERIE LEWIS, ET AL., : | |
|     Defendants. : | NOVEMBER 30, 2005 |

**RULING**

By Motion dated November 9, 2005, James Lattanzio, one of the plaintiffs who appears in this case pro se, moved on behalf of the "plaintiffs" for leave to file a Notice of Appeal out of time. The court granted the motion for extension of time on November 21, 2005. On November 22, 2005, an objection to the motion for extension of time was docketed. The defendants object to the extension of time on the grounds that the pro se plaintiff cannot request an extension of time on behalf of the remaining counseled plaintiffs. In addition, defendants object that there is no Affidavit attached, and no representation by counsel that he did not receive notice of the judgment. Under the Local Rules, an objection which is received after the granting of a motion to extend, which grant was entered before the expiration of the 21 days permitted for filing objections, is to be treated as a motion to reconsider. The court grants the motion to reconsider.

The court continues to adhere to its grant of the time to extend for pro se plaintiff, James Lattanzio. The court also continues to adhere to its grant for the extension of time to all of the plaintiffs who are counseled so long as plaintiff's counsel files an Affidavit within 5 days representing that the notice of the entry of judgment was not received until shortly before Lattanzio's motion was made. Thus, the Motion for

Extension [Dkt. No. 108] is granted, with that condition. However, the court notes that the time to extend for the filing of the notice sought was until November 15, 2005, and that that day had passed by a week.

**SO ORDERED.**

    Dated at Bridgeport, Connecticut this 30th day of November, 2005.


    /s/ /Janet C. Hall
    Janet C. Hall
    United States District Judge