**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

GALEN INSTITUTE, LLC, ET AL,                    CIVIL ACTION NO.
    *Plaintiffs*                          :    3:02 CV-1637(JCH)
                                                            :
    v.                                       :
                                                            :
VALERIE LEWIS, ET AL
    *Defendants*                        :    DECEMBER 9, 2005

<u>**DEFENDANTS' OBJECTION TO THE PLAINTIFF LATTANZIO'S NOTICE OF**</u>
<u>**APPEAL**</u>

    The defendants in the above matter object to pro se plaintiff James Lattanzio's

(hereinafter "Lattanzio") Notice of Appeal. The Court granted the defendants' Motion for

Summary Judgment on September 28, 2005. Judgment entered on September 30, 2005. (See

attached Exhibit A) On November 18, 2005, this Court granted Lattanzio's Motion for

Extension of Time to File a Notice of Appeal. (See attached Exhibit B) The Court's order

granted the pro se's extension until November 15, 2005 to file his notice of appeal. (See attached

Exhibit C) On December 2, 2005, the pro se plaintiff Lattanzio filed a Notice of Appeal in this

matter, which date is well after the November 15, 2005 requested by the pro se and ordered by

this Court. (See attached Exhibit D)

    Having again missed the deadline for filing an appeal, Lattanzio's notice of appeal is

untimely. The defendants object to the filing of the Notice of Appeal for the following reasons:

    1. Pursuant to Fed. R. App. P 4(a) (5) (A), "the district court may extend the time to file

a notice of appeal if: . . . (ii) regardless of whether its motion is filed before or during the 30

days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or

good cause." Lattanzio has failed to demonstrate excusable neglect or good cause at any time for

failing to file an appeal within the allotted time.

2.  Additionally, under Fed. R. App. P 4(a)(5)(C), "No extension under this Rule 4(a)(5) may exceed 30 days after the prescribed time or 10 days after the date when the order granting the motion is entered, whichever is later."  The judgment in this matter was entered on September 30, 2005, therefore the initial 30 day period ended on October 30, 2005.  A 30 day extension beyond that date would end on November 29, 2005.  The Notice of Appeal filed on December 2, 2005 is beyond the extension period allowed under the Rules of Appellate Procedure and is inexcusable.  In Endicott Johnson Corp. v. Liberty Mut. Ins. Co. 116 F.3d 53, 1997 U.S. App. LEXIS 14485, the district court stated that it may:

> On a showing of good cause or excusable neglect, extend the 30-day appeal period for up to 30 days from the original deadline or until 10 days after the date of entry of the order granting the motion, whichever is later, but may not extend it further. See, e.g., Martinez v. Hoke, 38 F.3d 655, 656 (2d Cir. 1994) (per curiam); Matarese v. LeFevre, 801 F.2d at 104-05; Moore v. Nelson, 611 F.2d 434, 436 n.4 (2d Cir. 1979); In re Orbitec Corp., 520 F.2d 358, 361 (2d Cir. 1975). Nor is the court authorized to grant a motion that was filed beyond the 30-day extension period.  **[**7]**  See, e.g., Martinez v. Hoke, 38 F.3d at 656; Melton v. Frank, 891 F.2d 1054, 1056 (2d Cir. 1989)

3.  Lattanzio continues to violate Fed. R. Civ. P. 5(d) by failing to mail to the defendants copies any of his pleadings as required by the rule and despite certification that copies have been sent. (See attached Exhibit B) The defendants did not receive a copy of the Motion for Extension or the Notice of Appeal. (See attached Exhibit E)

4.  The defendants would be unduly prejudiced by the Court allowing this appeal to go forward..

WHEREFORE, the defendants respectfully request that this Court deny the Notice to File

an Appeal as untimely.

**THE DEFENDANTS**


BY: /S/ M.J. McCarthy_____
M.J. McCarthy
Assistant Attorney General
Federal Bar No. ct 00319
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5210
Fax: (860) 808-5385

<u>CERTIFICATION</u>
I hereby certify that a copy of the foregoing Objection to the Filing of the Notice of

Appeal was mailed by first class mail postage prepaid on December 9, 2005 to:

James Lattanzio
c/o Galen Institute
1025  Silas Deane Highway
Wethersfield, CT   06109

James J. Lattanzio, Pro Se
344 Scotland Road
Windham, CT  06280

Thomas Amato
357 East Center Street
Manchester, CT   06040


　　　　　　　　　　　　　　　　　　　　　　 _/S/ M.J. McCarthy_____
　　　　　　　　　　　　　　　　　　　　　　 M.J. McCarthy
　　　　　　　　　　　　　　　　　　　　　　 Assistant Attorney General