UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GALEN INSTITUTE, LLC, ET AL, <br> *Plaintiffs* | CIVIL ACTION NO. <br> : 3:02 CV-1637(JCH) |
| v. | : |
| VALERIE LEWIS, ET AL <br> *Defendants* | : DECEMBER 9, 2005 |

## AFFIDAVIT OF M.J. MCCARTHY

I, M.J. McCarthy, being duly sworn, do hereby depose and say of my own personal knowledge that:

1. I am over the age of eighteen (18) and I understand and appreciate the obligation of an oath.

2. I am the attorney for the defendants in the above entitled matter.

3. I have received no copies of pro se plaintiff James J. Lattanzio's Motion for Extension of Time or Notice of Appeal dated December 2, 2005.

/S/ M.J. McCarthy_____

M.J. McCarthy

STATE OF CONNECTICUT )
                      )   SS: HARTFORD
COUNTY OF HARTFORD   )

Sworn and subscribed before me this the 9th day of December 2005.

/S/ Kerry Colson_____
Kerry Colson
Commission of the Superior Court