# UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

**KEVIN F. ROWE**
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

**VICTORIA C. MINOR**
CHIEF DEPUTY CLERK

**CHRYSTINE CODY**
DEPUTY-IN-CHARGE
BRIDGEPORT

May 4, 2006

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:   3:02cv1637 (JCH)
    Case Name: JAMES LATTANZIO, ET AL V CT DPET OF HIGHER EDUCATION, ET AL
    USCA:      05-6608

Dear Ms. MacKechnie:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

                    Respectfully,

                    Kevin F. Rowe, Clerk

                    _Susan D'Andrea_
                    By:   Susan D'Andrea
                          Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____ DATE: _____