# MANDATE

DC/CT/NH
02-cv1637
Hall

## UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 19th day of June, Two thousand and six.

PRESENT:

HON. CHESTER J. STRAUB,
HON. SONIA SOTOMAYOR,
HON. PETER W. HALL,
*Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
JUN 19 2006
Roseann B. Mackechnie, CLERK
SECOND CIRCUIT

JAMES LATTANZIO, GALEN INST. LLC,

SANDRA LATTANZIO,

*Plaintiffs-Appellants,*

v.

**SUMMARY ORDER**
No. 05-6608-cv

DEPARTMENT OF HIGHER EDUCATION,

*Defendant,*

VALERIE LEWIS, BRENDA LERNER,

*Defendants-Appellees.*

JAMES LATTANZIO, *Pro se*, Windham, CT

M.J. MCCARTHY, Assistant Attorney General (Richard Blumenthal, Attorney General, Richard J. Lynch, Assistant Attorney General, Ralph E. Urban, Assistant Attorney General, on the brief), Hartford, CT

**ISSUED AS MANDATE:** AUG 21 2006